# Bilateral Agreements

| Supplier/Vendor/Non-Delta Party Name | Document Title | Dept or Contact Name for Non-Delta Party | Supplier/Vendor/Non-Delta Party Address ||||||
|---|---|---|---|---|---|---|---|---|
| | | | Street Address (1) | Street Address (2) | City | State or Province | Zip or Postal Code | Country |
| Qatar Airways | Interline Ticketing and Baggage Agreement | Winston Mahibir | Almana Tower 9th Floor, Airport Road, P.O. Box 22550 | | Doha | | | Qatar |
| Quantem Aviation Services | Cargo Handling Agreement | Salvatore C. Calvino | 38 Perimeter Road | | Londonberry | NH | 3053 | USA |
| Regional Airlines (Casablanca) | Interline Ticketing and Baggage Agreement | A. El Wahidi | B.P. 12518 | Ain Diab | Casablanca-Anfa | | | Morocco |
| Regional Airlines (subsidiary of AF) | Interline Ticketing and Baggage Agreement | See Air France | | | | | | |
| Rio Sul Airlines | Interline Ticketing and Baggage Agreement | N. Guilhem | Av. Rio Branco, 85 | 6 Andar | Rio de Janeiro | | 20040-004 | Brazil |
| Royal Air Cambodge | Interline Ticketing and Baggage Agreement | Morris Ong | 206A Norodom Blvd. | | Phnom Penh | | | Cambodia |
| Royal Air Maroc | Interline Ticketing and Baggage Agreement | Nancy Almaani | B.P.Aeroport | | Casablanca-Anfa | | | Morocco |
| Royal Air Maroc | Standard Ground Handling Agreement -Simplified Procedure | Rachida Jabri | Pole Clients Sol | Zone Industrielle RAM | Nousser Casablanca | | | Morocco |
| Royal Aviation, Inc. | Deicing Agreement | No Contact Name Available | 6700 Cote de liesse, Suite 503 | | Montreal, Quebec | | H4T 1E3 | CANADA |
| Royal Brunei Airlines | Interline Ticketing and Baggage Agreement | D.K. Sharinah | P.O. Box 737, Bandar Seri Begawan 1907 | | Darussalam | | | Brunei |
| Royal Jordanian | InterlineTicketing and Baggage Agreement / Reduced Rate | Cynthia Schtakleff | P.O. Box 302 | | Amman | | | Jordan |
| Royal Jordanian Airlines | Standard Ground Handling Agreement | Omar Ismail | Housing Bank Commercial, Center | P. O. Box 302 | Amman 11118 | | | Jordan |
| Royal Nepal Airlines Corporation | Interline Ticketing and Baggage Agreement | M.P. Khanal | RNAC Bldg. Kanti Path | | Kathmandu | | | Nepal |
| Royal Swazi National Airways Corp. Ltd. | Interline Ticketing and Baggage Agreement | A. Nxumalo | P.O. Box 939 | | Manzini | | | Swaziland |
| Royal Tongan Airlines | Interline Ticketing and Baggage Agreement | Bernard Lal | Private Bag 9 | | Nuku Alofa | | | Tonga |
| Rwandair | Interline Ticketing and Baggage Agreement | F. Kassami | PO Box 7275 | | Kigali | | | Rwanda |
| Ryan International Airlines, Inc. | Aircraft Deicing Services | Mr. Ray Thomas | 266 North Main | | Wichita | KS | 67202 | USA |
| Ryan International Airlines, Inc. | Standard Ground Handling Agreement | Mike Traugott | 266 North Main | | Wichita | KS | 67202 | |
| Sabena Belgian World Airlines | Ground Handling Agreement | Mr. George A. Soliman | Building 57 - John F. Kennedy International Airport | | Jamaica | NY | 11430 | USA |
| Sahara Indian Airlines | Interline Ticketing and Baggage Agreement | D. Malhotra | 14 Katsurba Gandhi Marg | 7-F Amadeep Bldg | New Delhi | | 110001 | India |

# Bilateral Agreements

| Supplier/Vendor/Non-Delta Party Name | Document Title | Dept or Contact Name for Non-Delta Party | Supplier/Vendor/Non-Delta Party Address ||||||
|---|---|---|---|---|---|---|---|---|
| | | | Street Address (1) | Street Address (2) | City | State or Province | Zip or Postal Code | Country |
| SAM | Interline Ticketing and Baggage Agreement | J. Ordonez | Centro Administrativo Avianca Avenida Eldorado No. 93-30 | | Bogota | | | Colombia |
| Santa Barbara Airlines | Interline Ticketing and Baggage Agreement | F. Entrena | Calle 38, Edificio Tokay | Piso 2, La Urbina | Caracas | | | Venezuela |
| SATA Air Acores | Interline Ticketing and Baggage Agreement | C. Medeiros | Av Infante D. Henrique, 55-2 | | Ponta Delgada | Azores | 9500 | Portugal |
| Sata Internacional, Servicos e Transportes S.A. | Standard Ground Handling Agreement | Liberal Correia | Avenida Inf.D.Henrique,55-1 | 9504-528 Ponta Delgada | S. Miguel - Azores | | | Portugal |
| SATA Intl Airlines | Interline Ticketing and Baggage Agreement | J. Furtado | Av. Infante D. Henrique, 55-1 | Ponta Delgada | S. Miguel | Azores | 9500 | Portugal |
| Saudi Arabian Airlines | InterlineTicketing and Baggage Agreement / Reduced Rate | Thomas Quinn | CC:032 P.O. Box 620 | | Jeddah | | | Saudi Arabia |
| Saudi Arabian Airlines Corporation | Ground Handling Agreement | Mr. Abdulkader O. Al-Jarrah | 2600 Virginia Avenue, NW Suite 903 | | Washington | DC | 20037 | USA |
| Saudi Arabian Airlines Corporation | Ground Handling Services | Mr. Abdulkader O. Al-Jarrah | 2600 Virginia Avenue, NW Suite 903 | | Washington | DC | 20037 | USA |
| Saudi Arabian Airlines Corporation | Standard Ground Handling Agreement | Raymond O´Flaherty | 2600 Virginia Avenue, NW | Suite 903 | Washington | DC | 20037 | |
| Scandinavian Airlines System | InterlineTicketing and Baggage Agreement / Reduced Rate | Laura Mauritsen | Foresundaviks Alle 1 | | S-195 87 Stockholm | | | Sweden |
| Scandinavian Airlines | Deicing Agreement | Mr. Lief G. Andersson | Newark International Airport | | Newark | NJ | 07114 | USA |
| Scenic Airlines | Interline Ticketing and Baggage Agreement | Robert Graff | 2705 Airport Drive | | North Las Vegas | NV | 89030 | USA |
| SCNF | Intermodal Agreement | Interline Manager | 2 Rue Traversiere | | Paris | | 75012 | France |
| Scot Air | Interline Ticketing and Baggage Agreement / Reduced Rate Agreement | J. Froggett | Cambridge Airport | | Cambridge | England | CB 58 RT | United Kingdom |
| Scott Aviation, Inc. | Standard Ground Handling Agreement | Geoff Hodgson | 2755 International Drive | | West Chicago | IL | 60185 | |
| Sempati Air | Interline Ticketing and Baggage Agreement | Suroso Wening | Ground Floor, Terminal Bldg., Halim Perdanakusumah | | Jakarta, 13610 | | | Indonesia |
| Sheznen Airlines | Interline Ticketing and Baggage Agreement | M. Yunchun | Bao'an Intl Airport | | Shenzen | | 518128 | People's Republic of China |
| Shuttle America, d/b/a US Airways Express | Master Agreement for Deicing/Anti-Icing Services | Lee Hayes | 1102 West Perimeter Road | | Ft. Wayne | IN | 46809 | United States |
| Siberia Airlines | Interline Ticketing and Baggage Agreement | I. Aleksandrovsky | 4 Frunze St. | | Novosibirsk | | 630091 | Russian Federation |

# Bilateral Agreements

| Supplier/Vendor/Non-Delta Party Name | Document Title | Dept or Contact Name for Non-Delta Party | Supplier/Vendor/Non-Delta Party Address | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Street Address (1) | Street Address (2) | City | State or Province | Zip or Postal Code | Country |
| Silkair | InterlineTicketing and Baggage Agreement / Reduced Rate | B. Singh | SIA Superhub, 5th Sotrey Core L 30 Airline | | Singapore 1781 | | | Singapore |
| Simmons Airlines | Interline Ticketing and Baggage Agreement | Tricia Frank | O'Hare International Airport MD H951 Terminal 3 Mezzanine | P.O. Box 55374 | Chicago | IL | 60666 | USA |
| SIMMONS AIRLINES, DBA AMERICAN | Master Agreement for Deicing/Anti-Icing Services | R. L. Richards | DFW International Airport | 1700 West 20th Street | Dallas | TX | 75261-2527 | |
| Singapore Airlines Limited | Ground Handling Agreement | Mr. K. C. Koh | Terminal 3, 4th Floor JFK International Airport | | Jamaica | NY | 11430 | USA |
| Singapore Airlines Ltd. | Interline Ticketing and Baggage Agreement / Reduced Rate Agreement | Walter Meyer | P.O. Box 501, Airmail Transit Centre | | Singapore 918101 | | | Singapore |
| Sky Airlines | Interline Ticketing and Baggage Agreement | R. Dussert | Andres de Fuenzalida 55 | Providencia | Santiago | | Chile | |
| Sky West Airlines, Inc. | Janitorial Services | Adam Barnes | P.O. Box 17361 | Dulles International Airport | Washington | D.C. | 20041 | USA |
| Skywest Airlines | Interline Ticketing and Baggage Agreement / Reduced Rate Agreement | Pat Ava | 444 South River Rd. | | St. George | UT | 84790 | USA |
| SkyWest Airlines | Agreement for Refuse Removal Services | Mr. Dave Leckter | 1099 Miller Drive | | Apopka | Florida | 32703 | USA |
| SkyWest Airlines, Inc. | Into-Plane Fuel Service Agreement | Graham Evans | 28100 Torch Pkwy | Mail Code 7 N | Warrenville | Illinois | 60515 | USA |
| SKYWEST AIRLINES, INC. | Ground Handling Agreement | Mr. Jerry Atkin | P.O. Box 17163 | | Portland | OR | 97217 | USA |
| SKYWEST AIRLINES, INC. | Master Agreement for Deicing/Anti-Icing Services | James K. Boyd | 444 South River Road | | St. George | UT | 84790-2086 | |
| SKYWEST AIRLINES, INC. | Standard Ground Handling Agreement | James K. Boyd | 444 South River Road | | St. George | UT | 84790-2086 | |
| SN Brussels | InterlineTicketing and Baggage Agreement / Reduced Rate | Diane Gemayel | Sabena House, Box 27 Brussels National Airport | | B-1930 Zaventem | | | Belgium |
| Societe Air France | Master Agreement for Deicing/Anti-Icing Services | Denis Hasdenteufel | JFK International Airport | Building 52 | Jamaica | NY | 11430 | |
| Societe Air France | Standard Ground Handling Agreement | Denis Hasdenteufel | JFK International Airport | Building 52 | Jamaica | NY | 11430 | |
| Societe Air France | X-Ray Equipment Use Cost Sharing Agreement | Denis Hasdenteufel | JFK International Airport | Building 52 | Jamaica | NY | 11430 | |
| Societe Air France | Cargo Handling Agreement | Purchasing Department | 1 Place de Londres BP 10201 | 95703 Roissy | CDG | CEDEX | | France |
| Societe Air France | Cargo Handling Agreement | Purchasing Department | 1 Place de Londres BP 10201 | 95703 Roissy | CDG | CEDEX | | France |

# Bilateral Agreements

| Supplier/Vendor/Non-Delta Party Name | Document Title | Dept or Contact Name for Non-Delta Party | Supplier/Vendor/Non-Delta Party Address ||||||
|---|---|---|---|---|---|---|---|---|
| | | | Street Address (1) | Street Address (2) | City | State or Province | Zip or Postal Code | Country |
| Solomon Airlines | Interline Ticketing and Baggage Agreement | Wilson Nn'ee | P. O. Box 23 | | Honiara | | | Solomon Islands |
| South African Airways | InterlineTicketing and Baggage Agreement / Reduced Rate | J. Sepeng | P. O. Jan Smuts Airport, 1627 Commercial Opns. Bldg. | | Transvaal | | | South Africa |
| South African Airways (Pty.) Limited (Inc.) | Diversion Handling Services Agreement | Lee-Anne Swart | Airways Park, Jones Road | Johannesburg International Airport | Kempton Park | | 1627 | South Africa |
| South African Airways (Pty.) Limited (Inc.) | Standard Ground Handling Agreement | Lee-Anne Swart | Airways Park, Jones Road | Johannesburg International Airport | Kempton Park | | 1627 | South Africa |
| South African Airways (Pty.) Limited (Inc.) | X-Ray Equipment Use Cost Sharing Agreement | Lee-Anne Swart | Airways Park, Jones Road | Johannesburg International Airport | Kempton Park | | 1627 | South Africa |
| Southeast Airlines, Inc. | Charter Ground Handling Master Agreement | Tom Kolfenbach | 12552 Belcher Road | | Largo | FL | 33773 | |
| Southern Winds | Interline Ticketing and Baggage Agreement | A. Rintisch | Av Figueroa Alcorta 192 | | Cordoba | Cordoba | X5000 KFO | Argentina |
| Southwest Airlines Co. | Deicing Services | Ms. Leslie Carr | P.O. Box 60562 IAH-3MT | | Houston | TX | 77205-0562 | USA |
| Southwest Airlines Co. | Master Agreement for Deicing/Anti-Icing Services | James R. Ottman | P.O. Box 60562 | IAH-3MT | Houston | TX | 77205-0562 | |
| Southwest Airlines Co. | Standard Ground Handling Agreement | James R. Ottman | P.O. Box 60562 | IAH-3MT | Houston | TX | 77205-0562 | |
| Spanair, S.A. | Interline Ticketing and Baggage Agreement | Ricardo Roda | Edificio Spanair P. O. Box 50086 | | 07000 Palma De Mallorca | | | Spain |
| Spirit Airlines, Inc. | Diversion Handling Services Agreement | Melodie Buskirk | 2800 Executive Way | | Miramar | FL | 33025 | |
| Spirit Airlines, Inc. | Ground Handling Agreement | Mr. Jacques Beaumier | 2800 Executive Way | | Miramar | FL | 33025 | USA |
| Spirit Airlines, Inc. | Master Agreement for Deicing/Anti-Icing Services | Melodie Buskirk | 2800 Executive Way | | Miramar | FL | 33025 | |
| Spirit Airlines, Inc. | Standard Ground Handling Agreement | Melodie Buskirk | 2800 Executive Way | | Miramar | FL | 33025 | |
| SportsJet LLC | Standard Ground Handling Agreement | Steve Kasteler | 2730 Sky Harbor Blvd. | | Phoenix | AZ | 85034 | United States |
| Sudan Airways Co. Ltd. | Interline Ticketing and Baggage Agreement | Dr. M.A.A. Faith | S.D.C. Bldg., New Extension Street No. 19 P. O. Box 253 | | Khartoum | | | Sudan |
| Sun Pacific International Airline, Inc. | Standard Ground Handling Agreement | David Kinsey | 2502 East Benson Highway | | Tucson | AZ | 85706 | |

# Bilateral Agreements

| Supplier/Vendor/Non-Delta Party Name | Document Title | Dept or Contact Name for Non-Delta Party | Supplier/Vendor/Non-Delta Party Address | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Street Address (1) | Street Address (2) | City | State or Province | Zip or Postal Code | Country |
| Sun West International, LLC | Standard Ground Handling Agreement | Tony Heinz | 3650 South Point Circle | Suite 201 | Laughlin | NV | 89029 | |
| Sunworld International Airlines, Inc. | Standard Ground Handling Agreement | Wayne R. Cowley | Sunworld International Airport | 11 Spiral Drive, Suite 15 | Florence | KY | 41042 | |
| Surinam Airways Ltd. | Interline Ticketing and Baggage Agreement | Gene Fung-loy | P. O. Box 2029 | | Paramaribo | | | Suriname |
| Swiss Air Transport Co., Ltd. | Standard Ground Handling Agreement | Claude Catto | MZ / MGQP / P. O. Box 8058 | Zurich-Airport | Zurich | | | Switzerland |
| Swiss Air Transport Co., Ltd. | X-Ray Equipment Use Cost Sharing Agreement | Claude Catto | MZ / MGQP / P. O. Box 8058 | Zurich-Airport | Zurich | | | Switzerland |
| Swiss International Air Lines Ltd., d/b/a Swiss | Ground Handling Agreement | Mr. Claude Catto | Kanalstrasse 30 - 2. Stock c/o Swissair/Swiss | | Glattbrugg | | 8152 | Switzerland |
| Swiss International Air Lines Ltd., d/b/a Swiss | Standard Ground Handling Agreement | Claude Catto | Kanalstrasse 30 - 2 Stock | c/o Swissair/ Swiss | 8152 Glattbrugg | | | Switzerland |
| Swiss International Airlines Ltd. d/b/a SWISS | Cargo Handling Agreement | Benno Forster | Building 56 | Logan International Airport | Boston | MA | 2128 | USA |
| SWISS INTL AIRLINES | Interline Ticketing and Baggage Agreement | Josef Felder | P. O. Box | | Basel Airport | | CH4002 | Switzerland |
| Swissport USA, Inc. | Cargo Handling Agreement | Director-Cargo Operations | 4560 South Blvd. | ste 202 | Virginia Beach | VA | 23452-1160 | USA |
| TAAG | Interline Ticketing and Baggage Agreement | Carlos Anapaz | Rua da Missao 123, P.O. Box 79 | | Luanda | | | Angola |
| TACA International Airlines, S.A. | Diversion Handling Services Agreement | Eduardo J. Iglesias, Esp. | Edifico Caribe 2a Planta | | San Salvador | | | El Salvador |
| TACA Intl. Airlines - Grupo Taca (Aviateca, Nica, Lacsa, TacaPeru) | InterlineTicketing and Baggage Agreement / Reduced Rate Agreement | Peter Messina | P.O. Box 591410 | | Miami | FL | 33159-1410 | USA |
| TAP Air Portugal | InterlineTicketing and Baggage Agreement / Reduced Rate Agreement | Rose Antunes | Apartado 5194 | | 1704 Lisboa Codex | | | Portugal |
| Tarom Romanian Air Transport | Interline Ticketing and Baggage Agreement | Adrian Sidarov | Bucuresti Soseaua, Bucuresti-Ploiesti | KM 16.5 | | | | Romania |
| Tarom Romanian Airlines | Ground Handling Agreement | Ms. Marta Danciv | 342 Madison Avenue, #213 | | New York | NY | 10173 | USA |
| Taughannock Aviation | Master Agreement for Deicing/Anti-Icing Services | Nancy Pepin | Tompkins County Airport | | Ithaca | NY | 14850 | |
| TEM Enterprises, Inc., d/b/a Casino Express | Deicing Services | Mr. Jim Avjain | 976 Mountain City Highway | | Elko | NV | 89801-2728 | USA |
| TEM Enterprises, Inc., d/b/a Casino Express | Ground Handling Agreement | Mr. Jim Avjain | 976 Mountain City Highway | | Elko | NV | 89801-2728 | USA |
| TEM Enterprises, Inc., d/b/a Casino Express | Standard Ground Handling Agreement | Arthur W.L. Moses, Sr. | 976 Mountain City Highway | | Elko | NV | 89801-2728 | |

# Bilateral Agreements

| Supplier/Vendor/Non-Delta Party Name | Document Title | Dept or Contact Name for Non-Delta Party | Supplier/Vendor/Non-Delta Party Address | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Street Address (1) | Street Address (2) | City | State or Province | Zip or Postal Code | Country |
| Thai Airways Intl. | InterlineTicketing and Baggage Agreement / Reduced Rate Agreement | Chalermkiat Suvanamas | 89, Vibhavadi, Rangsit Road, P.O. Box 1075 | | Bangkok 10900 | | | Thailand |
| Tradewinds Airlines Inc. | Deicing Services Agreement | Mr. Rich Canovia | 243-A Burgess Rd. | | Greensboro | NC | 27409 | USA |
| Tradewinds Airlines Inc. | Master Agreement for Deicing/Anti-Icing Services | Rich Canovia | 243-A Burgess Rd. | | Greensboro | NC | 27409 | |
| Trans States Airlines | Master Agreement for Deicing/Anti-Icing Services | Rick Leach | 9275 Genaire Drive | | St. Louis | MO | 63134 | |
| Trans States Airlines, Inc. | Interline Ticketing and Baggage Agreement / Reduced Rate Agreement | William Mishk | 9275 Genaire Drive | | St. Louis | MO | 63134 | USA |
| Trans World Airlines, Inc. | Master Agreement for Deicing/Anti-Icing Services | Don L. Tinsley | One City Centre, 515 N. 6th Street | Attention: General Counsel | Kansas City | MO | 63101 | |
| Trans World Airlines, Inc. | X-Ray Equipment Use Cost Sharing Agreement | Don L. Tinsley | One City Centre, 515 N. 6th Street | Attention: General Counsel | Kansas City | MO | 63101 | |
| Transaero Airlines | Interline Ticketing and Baggage Agreement | M. Mamonova | Sheremetyevo Airport | | 103350 Moscow | | | Russian Federation |
| Transasia Airways | Interline Ticketing and Baggage Agreement | Itoy Wang | 8F, No. 139 Cheng Chou Road | | Taipei Taiwan | | | China |
| Transavia Airlines | Interline Ticketing and Baggage Agreement | R. Huisamn | P. O. Box 7777, 1118 ZM Schiphol Airport | | | | | Nether-lands |
| TransMeridian Airlines | Charter Ground Handling Master Agreement | Gerardo Rimbaut | 420 Thornton Road, #101 | | Lithia Springs | GA | 30122 | |
| TransMeridian Airlines | Master Agreement for Deicing/Anti-Icing Services | Gerardo Rimbaut | 420 Thornton Road, #101 | | Lithia Springs | GA | 30122 | |
| TransMeridian Airlines | Standard Ground Handling Agreement | Gerardo Rimbaut | 420 Thornton Road, #101 | | Lithia Springs | GA | 30122 | |
| Trinidad and Tobago (BWIA Intl.) Airways Corp. | Interline Ticketing and Baggage Agreement / Reduced Rate Agreement | Joann Edwards | Administration Bldg., Golden Grove Road | | Piarco | | | Trinidad and Tobago |
| TriStar Airlines, Inc. | Ground Handling Agreement | Mr. Gus Herrera | 1050 East Flamingo Road Suite 105 | | Las Vegas | NV | 89119 | USA |
| Tunis Air | Interline Ticketing and Baggage Agreement | H.A. Tahar | Boulevard 7 November | | 2035 Tunis Carthage | | | Tunisia |
| Turismo Tony Perez, Inc. | Charter Ground Handling Master Agreement | Tony Perez | 167 Calle San Jorge | | San Juan | | 00911 | Puerto Rico |
| Turkish Airlines, Inc. | InterlineTicketing and Baggage Agreement / Reduced Rate Agreement | Michael Lidwin | THY Genel Mudurlugu, Ataturk Hava Limani, 34 830 | | Istanbul | | | Turkey |
| Tyrolean Airlines | InterlineTicketing and Baggage Agreement / Reduced Rate Agreement | Rosi Pellegrini | Furstenweg 80 | | A-6020, Innsbruck | | | Austria |

# Bilateral Agreements

| Supplier/Vendor/Non-Delta Party Name | Document Title | Dept or Contact Name for Non-Delta Party | Supplier/Vendor/Non-Delta Party Address ||||||
|---|---|---|---|---|---|---|---|---|
| | | | Street Address (1) | Street Address (2) | City | State or Province | Zip or Postal Code | Country |
| United Air Lines, Inc. | Airport Annex to Airport Services Master Agreement | Mr. Jim McCarthy | 1007 Virginia Avenue, Suite 100 | P.O. Box 20706, Dept. 937 | Atlanta | Georgia | 30320-6001 | USA |
| United Air Lines, Inc. | Emergency Deicing Services | Mr. Jerry Bell | 1200 E. Algonquin Road | | Elk Grove Township | IL | 60007 | USA |
| United Air Lines, Inc. | Equipment Use Agreement | Bob Manrose | 1200 E. Algonquin Road | | Elk Grove Township | IL | 60007 | |
| United Air Lines, Inc. | Master Agreement for Deicing/Anti-Icing Services | Bob Manrose | 1200 E. Algonquin Road | | Elk Grove Township | IL | 60007 | |
| United Air Lines, Inc. | Standard Ground Handling Agreement | Bob Manrose | 1200 E. Algonquin Road | | Elk Grove Township | IL | 60007 | |
| United Air Lines, Inc. | Triturator Use Agreement | Bob Manrose | 1200 E. Algonquin Road | | Elk Grove Township | IL | 60007 | |
| United Air Lines, Inc. | X-Ray Equipment Use Cost Sharing Agreement | Bob Manrose | 1200 E. Algonquin Road | | Elk Grove Township | IL | 60007 | |
| United Airlines, Inc. | InterlineTicketing and Baggage Agreement / Reduced Rate Agreement | Nicolas Ferri | P. O. Box 66100 | | Chicago | IL | 60666 | USA |
| United Parcel Service Co. | Aircraft Deicing Agreement | Mr. Gary Jacobs | 911 Grade Lane ASC Bld #2 3rd Floor | | Louisville | KY | 40213 | USA |
| United Parcel Service Co. | Master Agreement for Deicing/Anti-Icing Services | Gary Jacobs | 911 Grade Lane ASC Bld #2 | 3rd Floor | Louisville | KY | 40213 | |
| United Parcel Service Co. | Standard Ground Handling Agreement | Gary Jacobs | 911 Grade Lane ASC Bld #2 | 3rd Floor | Louisville | KY | 40213 | |
| UPS | Interline Reduced-Rate Agreement | VP/Airline Operations | 9504 Williamsburg Plaza | | Louisville | KY | 40222 | USA |
| US Airways | Airport Annex to Airport Services Master Agreement | Mr. Jim McCarthy | 1007 Virginia Avenue, Suite 100 | P.O. Box 20706, Dept. 937 | Atlanta | Georgia | 30320-6001 | USA |
| US Airways, Inc. | InterlineTicketing and Baggage Agreement / Reduced Rate Agreement | Martin St. George | 799 Hanes Mall Boulevard F450 | | Winston-Salem | NC | 27103 | USA |
| US Airways, Inc. | Master Agreement for Deicing Services | Mr. Joseph Bacco | 2345 Crystal Drive | | Arlington | VA | 22227 | USA |
| US Airways, Inc. | Master Agreement for Deicing/Anti-Icing Services | Brian Davis | 2345 Crystal Drive | | Arlington | VA | 22227 | |
| US Airways, Inc. | X-Ray Equipment Use Cost Sharing Agreement | Brian Davis | 2345 Crystal Drive | | Arlington | VA | 22227 | |
| USAir Express | InterlineTicketing and Baggage Agreement / Reduced Rate | See US AIRWAYS | 1000 Rosedale Avenue, Suite a | | Middletown | PA | 17057 | USA |
| USAir Express | Master Agreement for Deicing/Anti-Icing Services | Manuel Lopez | 435 Clark Road | Suite 101 | Jacksonville | FL | 32218 | |
| Uzbekistan Airways | Interline Ticketing and Baggage Agreement | S. Ruzimuradov | 41 Novarounnahr | | Tashkent 700060 | | | Uzbekistan |

# Bilateral Agreements

| Supplier/Vendor/Non-Delta Party Name | Document Title | Dept or Contact Name for Non-Delta Party | Supplier/Vendor/Non-Delta Party Address | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Street Address (1) | Street Address (2) | City | State or Province | Zip or Postal Code | Country |
| Vanguard Airlines, Inc. | Ground Handling Agreement | Mr. J. E. Eckart | 533 Mexico City Avenue Kansas City International Airport | | Kansas City | MO | 64153 | USA |
| Vanguard Airlines, Inc. | Master Agreement for Deicing/Anti-Icing Services | J. E. Eckart | 533 Mexico City Avenue | Kansas City International Airport | Kansas City | MO | 64153 | |
| Varig | InterlineTicketing and Baggage Agreement / Reduced Rate Agreement | Claudie Warshawer | Av. Almt Silvio de Noronha 365, Sala 393 Castelo | | Rio de Janeiro | | | Brazil |
| Varig, S.A. | Ground Handling Agreement | Mr. Carlos Jose Berardinelli Nunes | Avenida Silvio De Noronha 361 | | Rio De Janeiro-RJ | | 20021-010 | Brazil |
| VASP | Interline Ticketing and Baggage Agreement | Jose W. Ferreira | praca Comte. Lineu Gomes S/N, Aeroporto de Congonhas | | 04695 Sao Paulo | | | Brazil |
| VCC Cargo Services, Inc. | Cargo Handling Agreement | George L. Martin | 6500 Silver Dart Drive | | Mississauga | Ontario | | Canada |
| VIASA International Airways | Ground Handling Services | No Contact Name Available | 630 Fifth Avenue | | New York | NY | 10020 | USA |
| Vieques Air Link, Inc | InterlineTicketing and Baggage Agreement | Osvaldo Gonzalez | P.O. Box 1567, Antonio G. Mellado #360 | | Vieques 00765 | | | Puerto Rico |
| Vietnam Airlines | Interline Ticketing and Baggage Agreement | T.M. Hoan | GiaLam Airport | | Hanoi | | 1000 | Viet Nam |
| Virgin Atlantic Airways Ltd. | InterlineTicketing and Baggage Agreement / Reduced Rate Agreement | Donald McCulloch | 3rd Floor Griffin House, High Street, Crawley | | West Sussex RH10 1DQ | | | UK |
| Virgin Atlantic Airways, Ltd. | Ground Handling Agreement | Mr. Ian P. Craft | 747 Belden Avenue | | Norwalk | CT | 06850 | USA |
| Virgin Atlantic Airways, Ltd. | Standard Ground Handling Agreement | Ian P. Craft | 747 Belden Avenue | | Norwalk | CT | 06850 | |
| VLM Airlines | Interline Ticketing and Baggage Agreement | E. van der Klugt | PO Box 50 | Intl Luchthaven Antwerpen | Antwerp | | B-2100 | Belgium |
| Volare Airlines | Interline Ticketing and Baggage Agreement / Reduced Rate Agreement | G. Perniceni | Via G.B. Pirelli 20 | | Milan | | 20124 | Italy |
| Western Pacific Airlines, Inc. | Standard Ground Handling Agreement | Anne Roth | 2864 S. Circle Drive | Suite 1000 | Colorado Springs | CO | 80906 | |
| Windward Islands Airways (WINAIR) | Interline Ticketing and Baggage Agreement / Reduced Rate Agreement | D. Spellman | PMB 122 | 5224 Weswt State Rd 46 | Sanford | FL | 32771 | USA |
| World Airways, Inc. | Charter Ground Handling Master Agreement | Bill Baker | 101 World Drive | | Peachtree City | GA | 30269 | |
| World Airways, Inc. | Master Agreement for Deicing Services | Ms. Ann Aktabowski | 101 World Drive | | Peachtree City | GA | 30269 | USA |

## Bilateral Agreements

| Supplier/Vendor/Non-Delta Party Name | Document Title | Dept or Contact Name for Non-Delta Party | Supplier/Vendor/Non-Delta Party Address | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Street Address (1) | Street Address (2) | City | State or Province | Zip or Postal Code | Country |
| World Airways, Inc. | Standard Ground Handling Agreement | Bill Baker | 101 World Drive | | Peachtree City | GA | 30269 | |
| World Airways, Inc. | X-Ray Equipment Use Cost Sharing Agreement | Bill Baker | 101 World Drive | | Peachtree City | GA | 30269 | |
| Yemenia Yemen Airways | Interline Ticketing and Baggage Agreement | H. A. Sobi | P.O. Box 1183 | | SANA'A | | | Yemen |

# **EXHIBIT B**

Amended and Restated UATP Participation Agreement.

FILED UNDER SEAL

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
**In re:** :
: 
: **Chapter 11 Case No.**
: 
**DELTA AIR LINES, INC., et al.,** : 
: **05-_____ ( )**
: 
: **(Jointly Administered)**
**Debtors.** :
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER PURSUANT TO SECTIONS 105(a), 362(d) AND 365(a) OF THE BANKRUPTCY CODE AND RULE 6006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (i) APPROVING ASSUMPTION OF INTERLINE AGREEMENTS, CLEARINGHOUSE AGREEMENTS, ARC AGREEMENTS, BILLING AND SETTLEMENT PLAN AGREEMENTS, CARGO AGREEMENTS, AND THE UATP AGREEMENT, (ii) AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS RELATED TO , SKYTEAM ALLIANCE AGREEMENTS, THE US CARGO SALES JOINT VENTURE AGREEMENT, THE DOMESTIC ALLIANCE AGREEMENTS AND CODE SHARE AGREEMENTS, GDS AGREEMENTS, TRAVEL AGENCY AGREEMENTS, CARGO AGENCY AGREEMENTS, IN-TO PLANE SERVICE COMPANY CLAIMS, TECHNICAL SERVICES SALES AGENT AGREEMENTS, THE ATPCO AGREEMENT, FOREIGN DEEDS OF UNDERTAKING AND THE SAFI ARRANGEMENT AND (iii) MODIFYING THE AUTOMATIC STAY SOLELY TO THE EXTENT NECESSARY TO EFFECTUATE THE INTENDED RELIEF**

Upon the motion dated September 14, 2005 (the "**Motion**")[1] of Delta Air Lines Inc., and those of its subsidiaries that are debtors and debtors in possession (collectively, the "**Debtors**"),[2] pursuant to sections 105(a) and 365(a) of title 11 of the Bankruptcy Code, for approval to (i) assume the Interline Agreements, the Clearinghouse

---

[1] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

[2] The Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta Loyalty Management Services, LLC; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon Trading, Inc.; Kappa Capital Management, Inc.; and Song, LLC.

Agreements, the ARC Agreements, the BSP Agreements, the Cargo Agreements, and the UATP Agreement, and (ii) honor prepetition obligations related to the SkyTeam Alliance Agreements, the US Cargo Sales Joint Venture Agreement, the Domestic Alliance Agreements, the Code Share Agreements, the GDS Agreements, the Travel Agency Agreements, the Cargo Agency Agreements, the In-to Plane Service Company Claims, the Technical Services Sales Agent Agreements, the ATPCO Agreement, the Foreign Deeds of Undertaking and the SAFI Arrangement, as more fully described in the Motion; and upon consideration of the Declaration of Edward H. Bastian Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**") in Support of First-Day Motions and Applications dated as of the Petition Date; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the requested relief being a core proceeding the Bankruptcy Court can determine pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Office of the United States Trustee for the Southern District of New York, those creditors holding the five largest secured claims against the Debtors' estates and those creditors holding the thirty largest unsecured claims against the Debtors' estates, and it appearing that no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed the Motion and having held a hearing with appearances of parties in interest noted in the

transcript thereof (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is hereby granted on an interim basis; and it is further

ORDERED that the Interline Agreements, including, but not limited to those Bilateral Agreements listed on Exhibit A to the Motion, the Clearinghouse Agreements, the ARC Agreements, the BSP Agreements, the Cargo Agreements, and the UATP Agreement (the "**Assumed Contracts**") are assumed by the Debtors effective as of the date of this Order; and it is further

ORDERED that the Debtors shall cure any defaults under the Assumed Contracts, and shall pay any other amounts necessary to assume the Assumed Contracts in the ordinary course of business; and it is further

ORDERED that the Debtors have provided adequate assurance of future performance under the Assumed Contracts as required pursuant to section 365(b) of the Bankruptcy Code, without requiring any further action; and it is further

ORDERED that, pursuant to section 363 of the Bankruptcy Code, the Debtors are authorized but not directed to pay all prepetition obligations related to the SkyTeam Alliance Agreements, the US Cargo Sales Joint Venture Agreement, the Domestic Alliance Agreements, the Code Share Agreements, the GDS Agreements, the Travel Agency Agreements, the Cargo Agency Agreement, the In-To Plane Service Company Claims, the Technical Services Sales Agent Agreements, the ATPCO

Agreement, the Foreign Deeds of Undertaking and the SAFI Arrangement; and it is further

ORDERED that the automatic stay is hereby modified solely to the extent necessary to enable the Debtors and the counterparties to the Assumed Contracts and the contracts giving rise to the Prepetition Obligations to participate in routine billings and settlements in accordance with the terms of such contracts in the ordinary course of business; and it is further

ORDERED that in accordance with this Order and any other order of the Court, each of the banks and financial institutions at which the Debtors maintain their accounts relating to the payment of claims that the Debtors request authority to pay in this Motion, is authorized to honor checks presented for payment, and to honor all fund transfer requests made by the Debtors related thereto, to the extent that sufficient funds are on deposit in such accounts; and it is further

ORDERED that within three (3) business days of the entry of this order (the "**Order**"), the Debtors shall serve a copy of the Order and the Motion on (i) the U.S. Trustee, (ii) those creditors holding the thirty largest unsecured claims against the Debtors' estate, (iii) those creditors holding the five largest secured claims against the Debtors and (iv) the counterparties to the Assumed Contracts reasonably identifiable by the Debtors (collectively, the "**Notice Parties**"); and it is further

ORDERED that any objection to the relief requested in the Motion on a permanent basis must, by 4:00 p.m. (prevailing Eastern Time) on the fifteenth (15th) day after the date hereof, be: (i) filed with the Court, One Bowling Green New York, New York 10004-1408, and (ii) actually received by (a) the Office of the United States Trustee,

4

33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Greg M. Zipes, Esq., (b) attorneys for the Debtors, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, Attn: Marshall S. Huebner, Esq., (c) attorneys for any official committee then-appointed in these cases, (d) attorneys to the agent for the Debtors' post-petition lenders, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: George A. Davis and (e) counsel for American Express Travel Related Services Company, Inc., Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022, Attn: Jeffrey L. Schwartz and Joshua I. Divack; and it is further

ORDERED that a reply to an Objection may be filed with the Court and served on or before 12:00 p.m. prevailing Eastern Time on the day that is at least two (2) business days before the date of the applicable hearing; and it is further

ORDERED that as to the assumption of any Assumed Contract or payment of any Prepetition Obligation to which no Objections are timely filed and served as set forth herein, the Debtors shall, on or after the Objection Deadline, submit to the Court a final order granting the relief requested in the Motion, *nunc pro tunc* to the Petition Date, which order shall be submitted and may be entered with no further notice or opportunity to be heard afforded to any party; and it is further

ORDERED that if an Objection is timely filed, a hearing will be held on _____ _____, 200_ at ___:___ __.m. to consider only the assumption of any Assumed Contract or payment of any Prepetition Obligation that is the subject of any such timely filed Objection; and it is further

ORDERED that the notice procedures set forth in the Motion are good and sufficient notice and satisfy Bankruptcy Rules 6006 and 9014, and Local Rules 6006-1(a)

and 9006-1 by providing the counterparties with a notice and an opportunity to object and be heard at a hearing; and it is further

ORDERED that this Court retains jurisdiction for all matters arising from or related to the implementation of this Order; and it is further

ORDERED that notwithstanding the possible applicability of Rules 6004(g), 7062 or 9014 of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated: New York, New York
_____ \_\_, 2005

_____
UNITED STATES BANKRUPTCY JUDGE