**BINGHAM MCCUTCHEN LLP**
1120 20th Street, N.W., Suite 800
Washington, DC 20036-3406
(202) 778-6150
Peter D. Schellie (Pro Hac Vice)

-and-

399 Park Avenue
New York, New York 10022-4689
(212) 705-7000
Michael J. Reilly (Pro Hac Vice)
Ronald J. Silverman (RS-7762)
Mark M. Elliott (ME - 0840)

Attorneys for the Ad Hoc Committee
of Senior Secured Holders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **DELTA AIR LINES, INC., et al.,** | 05-17923 (PCB) |
| Debtors. | (Jointly Administered) |

**JOINDER OF THE AD HOC COMMITTEE OF SENIOR SECURED HOLDERS TO DEBTOR'S MOTION FOR ORDER APPROVING A TERM SHEET, EXTENDING § 1110 DEADLINES AND AGREEMENTS TO RESTRUCTURE TRANSACTIONS**

The senior secured holders of aircraft indebtedness that are organized in an ad hoc committee (the "**Ad Hoc Committee**"), by and through its undersigned counsel, submit this joinder (the "**Joinder**") in support of the Debtor's Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents, dated December 5, 2005 (the "**Motion**"), and respectfully state as follows:

**JOINDER IN DEBTOR'S MOTION**

1. Pursuant to the Motion, Delta Air Lines, Inc. ("**Delta**"), one of the debtors in these cases, moved the Court for:

    a. Authorization to execute and to perform its obligations under a Restructuring Term Sheet (the "**Term Sheet**") that Delta has negotiated with the Ad Hoc Committee regarding transactions that affect eighty-nine aircraft and related engines, equipment, and documents;

    b. Extension of the 60-day period set forth in Section 1110 of the Bankruptcy Code on the terms set forth in the Term Sheet;

    c. Approval of the method of calculating prepetition unsecured claims that is set forth in the Term Sheet; and

    d. Authorization to negotiate, execute and perform under definitive agreements implementing the terms of the Term Sheet.

2. By this Joinder, the Ad Hoc Committee joins the Debtor's Motion and supports the relief requested by the Motion.

WHEREFORE, the Ad Hoc Committee respectfully requests that the Debtor's Motion be granted in its entirety and the Court grant such other and further relief as the Court deems just and proper.

New York, New York
Dated: December 29, 2005

          By: /s/ Ronald J. Silverman
               Ronald J. Silverman (RS - 7762)

               BINGHAM MCCUTCHEN LLP
               1120 20th Street, N.W., Suite 800
               Washington, DC 20036-3406
               (202) 778-6150
               Peter D. Schellie (Pro Hac Vice)

               -and-

               399 Park Avenue
               New York, New York 10022-4689
               (212) 705-7700
               Michael J. Reilly (Pro Hac Vice)
               Ronald J. Silverman (RS-7762)
               Mark M. Elliott (ME - 0840)

               Attorneys for the Ad Hoc Committee
               of Senior Secured Holders