**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: :
:
: Chapter 11 Case No.
:
**DELTA AIR LINES, INC., et al.,** [1] :
: **05-17923 (ASH)**
:
: **(Jointly Administered)**
**Debtors.** :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SCHEDULING

PLEASE TAKE NOTICE that hearings (the "**Hearings**") to consider (a) the Debtors' Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents [Docket No. 1457] and (b) the Motion of the Official Committee of Unsecured Creditors for Authority to Prosecute Certain Antitrust Claims on Behalf of Debtors' Estates [Docket No. 1733] are now scheduled for (x) **February 13, 2006 at 9:30 a.m.**, (y) **February 14, 2006 at 9:30 a.m.** and (z) **February 15, 2006 at 2:30 p.m.**

---

[1] The Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta Loyalty Management Services, LLC; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon Trading, Inc.; Kappa Capital Management, Inc.; and Song, LLC.

22113978v1

The Hearings will be held before the Honorable Adlai S. Hardin, Jr., United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated: New York, New York
January 18, 2006

By: /s/ Richard F. Hahn
Michael E. Wiles (MW 0962)
Joseph P. Moodhe (JM 6068)
Richard F. Hahn (RH 5391)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Special Aircraft Attorneys for Debtors
and Debtors in Possession