DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Michael E. Wiles (MW 0962)
Joseph P. Moodhe (JM 6068)
Richard F. Hahn (RH 5391)

Special Aircraft Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
**In re:** :
:
: **Chapter 11 Case No.**
:
**DELTA AIR LINES, INC., et al.,**[1] : **05-17923 (ASH)**
:
:
**Debtors.** : **(Jointly Administered)**
:
------------------------------------- x

**AGENDA LETTER RE: MATTERS SCHEDULED FOR THE HEARINGS ON FEBRUARY 13, 2006 AT 9:30 A.M., FEBRUARY 14, 2006 AT 9:30 A.M. AND <u>FEBRUARY 15, 2006 AT 2:30 P.M.</u>**

Location of Hearings:   United States Bankruptcy Court
                        for the Southern District of New York
                        Alexander Hamilton Custom House, Courtroom 701
                        One Bowling Green, New York, NY 10004-1408

Set forth below is a proposed agenda for the Hearings scheduled for February 13, 2006 beginning at 9:30 a.m., February 14, 2006 beginning at 9:30 a.m. and February 15,

---

[1] The Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta Loyalty Management Services, LLC; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon Trading, Inc.; Kappa Capital Management, Inc.; and Song, LLC.

2006 beginning at 2:30 p.m. (the "**Agenda**"). The information contained in the Agenda reflects documents received in our offices as of the date hereof.

All of the matters listed below are going forward at the Hearings as Contested Matters:

1. "**Term Sheet Motion**" – Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents [Docket No. 1457]

    Objections and Additional Documents Received:

    a) Limited Objection of National City Bank to Debtors' Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines, and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents [Docket No. 1515] **[RESOLVED]**

    b) Limited Objection and Reservation of Rights of Comerica Leasing Corporation as Owner Participant, and Wilmington Trust Company, as Owner Trustee, to Debtors' Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents (Tail No. N980DL) [Docket No. 1519] **[RESOLVED]**

    c) Limited Objection of Walt Disney Pictures and Television to Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents [Docket No. 1520] **[RESOLVED]**

    d) Limited Objection and Reservation of Rights of Bell Atlantic Tricon Leasing Corporation, NCC Golf Company, NCC Key Company and NCC Charlie Company, as Owner Participants, and Wilmington Trust Company, as Owner Trustee, to Debtors' Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents (Tail Nos. N977DL, N970DL, N969DL, N968DL, N922DL, N921DL, N920DL, N919DL and N917DL) [Docket No. 1521] **[RESOLVED]**

e) Limited Objection of The Northwestern Mutual Life Insurance Company to Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents [Docket No. 1522] **[RESOLVED]**

f) Limited Objection and Reservation of Rights by BNY Capital Resources Corporation to Debtors' Motion for Order Approving a Term Sheet and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft [Docket No. 1524] **[RESOLVED]**

g) Limited Objection of Certain Aircraft Owner Participants to Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines, and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents (In Connection with Tail Nos. N913DL, N918DL, N976DL, N683DA, N124DE) [Docket No. 1527] **[RESOLVED]**

h) Statement of Essex House Condominium Corporation and Marriott International Inc. Reserving Any and All Rights to Object to (I) the Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents and (II) the Stipulation Regarding Section 1110(b) Extension with The Bank of New York, as Indenture Trustee, and Wells Fargo Bank Northwest, N.A., as Security Trustee [Docket No. 1531] **[RESOLVED]**

i) Joinder of Phillip Morris Capital Corporation in Certain Objections to the Debtors' Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting 89 Aircraft and Associated Engines, Equipment and Documents [Docket No. 1539] **[RESOLVED]**

j) Joinder of Banc of America Leasing Capital LLC to Certain Objections to the Debtors' Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting 89 Aircraft and Associated Engines, Equipment and Documents [Docket No. 1561] **[RESOLVED]**

k) Objection of First Chicago Leasing Corporation and Banc One Equipment Finance, Inc. to Motion for Order Approving a Term Sheet

and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents [Docket No. 1592] **[RESOLVED]**

l) Limited Objection of AmerenUE to Debtors' Motion for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents [Docket No. 1618] **[RESOLVED]**

m) Joinder of the Ad Hoc Committee of Senior Secured Holders to Debtors' Motion for Order Approving a Term Sheet, Extending § 1110 Deadlines and Agreements to Restructure Transactions [Docket No. 1718]

n) Joinder of Essex House Condominium Corporation and Marriott International Inc. in Support of the Objections Filed by Owner Participants to the Debtors' Motion to Approve the Section 1110 Term Sheet [Docket No. 1849] **[RESOLVED]**

o) Objection of the Official Committee of Unsecured Creditors to the Motion of Delta Air Lines, Inc., *et al.* for Order Approving a Term Sheet and an Extension of Section 1110 Deadlines and Authorizing Agreements to Restructure Transactions Affecting Eighty-Nine Aircraft and Associated Engines, Equipment and Documents [FILED UNDER SEAL] [Docket No. 1961] and Declaration of Abid Qureshi in Support of Objection of Official Committee of Unsecured Creditors [FILED UNDER SEAL] [Docket No. 1960]

p) Debtors' Reply Memorandum in Support of Delta's Motion for an Order Approving a Term Sheet and Authorizing Agreements Affecting Eighty-Eight Aircraft and Related Equipment [FILED UNDER SEAL] [Docket No. 2033] and Declaration of Suzanne M. Grosso in Support of Delta's Reply Memorandum in Support of Delta's Motion for an Order Approving a Term Sheet and Authorizing Agreements Affecting Eighty-Eight Aircraft and Related Equipment [FILED UNDER SEAL] [Docket No. 2052]

q) Reply Memorandum of Law in Support of Debtors' Motion for Approval of a Term Sheet [FILED UNDER SEAL] [Docket No. 2043] and Affidavit of Mark M. Elliot in Support of Debtors' Motion for Approval of a Term Sheet [FILED UNDER SEAL] [Docket No. 2045]

2. "**Motion for Authority to Prosecute Antitrust Claims**" – Motion of the Official Committee of Unsecured Creditors of Delta Air Lines, Inc., *et al.* for Authority to Prosecute Certain Antitrust Claims on Behalf of Debtors' Estates [Docket No. 1733]

   <u>Objections and Additional Documents Received</u>:

   a) Debtors' Objection to Motion of Official Committee of Unsecured Creditors for Authority to Prosecute Certain Antitrust Claims on Behalf of the Debtors' Estates [Docket No. 1953]

   b) Objection of the Senior Secured Holders to the Motion of the Official Committee of Unsecured Creditors of Delta Air Lines, Inc., *et al.* for Authority to Prosecute Certain Antitrust Claims on Behalf of Debtors' Estates [Docket No. 1958]

   c) Reply of the Official Committee of Unsecured Creditors of Delta Air Lines, Inc. *et al.* to Objections to Motion to Prosecute Certain Antitrust Claims on Behalf of Debtors' Estates [Docket No. 2029]

Dated: New York, New York
February 10, 2006

By: /s/ Michael E. Wiles
Michael E. Wiles (MW 0962)
Joseph P. Moodhe (JM 6068)
Richard F. Hahn (RH 5391)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Special Aircraft Attorneys for Debtors and Debtors in Possession

5
22129886v2