**APPENDIX D**

# FINANCIAL PROJECTIONS

## for

# CONSOLIDATED DEBTORS

## and

# COMAIR DEBTORS

**Introduction**[1]

The following financial projections for (1) the consolidated Reorganized Debtors ("**Consolidated Financial Projections**") and (2) consolidated reorganized Comair Debtors ("**Comair Financial Projections**" and together with the Consolidated Financial Projections, the "**Financial Projections**") are based on forecasts of operating results during the period ending December 31, 2010 (the "**Projected Period**"). These Financial Projections include nine months of actual financial results (January through September) and three months of projected financial results (October through December) for 2006; and projected financial results for each of the years ending December 31, 2007, 2008, 2009 and 2010. Also attached are the notes and assumptions to the Financial Projections (in each case, the "**Notes**"). The Financial Projections and the Notes should be read in conjunction with the Plan and the Disclosure Statement.

The Debtors, with the assistance of their financial advisors, have prepared these Financial Projections to (i) provide financial projections for the valuation analysis performed by Debtors' financial advisors to estimate recoveries to Creditors pursuant to the Plan and to analyze the relative recoveries to Creditors thereunder and (ii) assist the Bankruptcy Court in determining whether the Plan meets the "feasibility test" of section 1129(a)(11) of the Bankruptcy Code.

The Debtors generally do not publish their business plans and strategies or projections or their anticipated financial position or results of operations. Accordingly, the Debtors do not anticipate that they will, and disclaim any obligation to, furnish updated business plans or projections to holders of Claims or Interests, or to include such information in documents required to be filed with the Securities and Exchange Commission or otherwise make public such information.

THE FINANCIAL PROJECTIONS HAVE BEEN PREPARED BY THE MANAGEMENT OF THE DEBTORS, IN CONJUNCTION WITH THE DEBTORS' FINANCIAL ADVISORS, THE BLACKSTONE GROUP L.P. THE FINANCIAL PROJECTIONS WERE NOT PREPARED TO COMPLY WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS OR THE RULES AND REGULATIONS OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION, AND BY THEIR NATURE ARE NOT FINANCIAL STATEMENTS PREPARED IN ACCORDANCE WITH ACCOUNTING PRINCIPLES GENERALLY ACCEPTED IN THE UNITED STATES OF AMERICA.

THE DEBTORS' INDEPENDENT ACCOUNTANTS HAVE NEITHER EXAMINED NOR COMPILED THE ACCOMPANYING FINANCIAL PROJECTIONS AND

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Disclosure Statement to which this Appendix is attached.

2

ACCORDINGLY DO NOT EXPRESS AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT TO THE FINANCIAL PROJECTIONS, ASSUME NO RESPONSIBILITY FOR THE FINANCIAL PROJECTIONS AND DISCLAIM ANY ASSOCIATION WITH THE FINANCIAL PROJECTIONS.

THE FINANCIAL PROJECTIONS DO NOT REFLECT THE IMPACT OF FRESH START REPORTING IN ACCORDANCE WITH AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS STATEMENT OF POSITION 90-7, "FINANCIAL REPORTING BY ENTITIES IN REORGANIZATION UNDER THE BANKRUPTCY CODE". THE IMPACT OF FRESH START REPORTING, WHEN REFLECTED AT THE EFFECTIVE DATE, IS EXPECTED TO HAVE A MATERIAL IMPACT ON THE REORGANIZED DEBTORS' CONSOLIDATED BALANCE SHEETS AND PROSPECTIVE RESULTS OF OPERATIONS.

IN ADVANCE OF THE VOTING DEADLINE, THE DEBTORS WILL FURNISH A PROJECTED FRESH START CONSOLIDATED BALANCE SHEET FOR THE REORGANIZED DEBTORS. FRESH START ADJUSTMENTS IN SUCH BALANCE SHEET ARE NOT EXPECTED TO HAVE A MATERIAL IMPACT ON BLACKSTONE'S VALUATION ANALYSES AND THE PROJECTED RECOVERIES FOR CREDITORS DESCRIBED THEREIN.

THE FINANCIAL PROJECTIONS CONTAIN CERTAIN STATEMENTS THAT ARE "FORWARD-LOOKING STATEMENTS" WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995.  THESE STATEMENTS ARE SUBJECT TO A NUMBER OF ASSUMPTIONS, RISKS, AND UNCERTAINTIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE DEBTORS AND THE REORGANIZED DEBTORS, INCLUDING THE CONFIRMATION OF THE PLAN ON THE PRESUMED EFFECTIVE DATE, THE CONTINUING AVAILABILITY OF SUFFICIENT BORROWING CAPACITY OR OTHER FINANCING TO FUND OPERATIONS, ACHIEVING OPERATING EFFICIENCIES,  FLUCTUATIONS IN FUEL PRICE, COVENANTS IN NEW CREDIT FACILITIES, MAINTAINING GOOD EMPLOYEE RELATIONS, EXISTING AND FUTURE GOVERNMENTAL REGULATIONS AND ACTIONS OF GOVERNMENTAL BODIES,  ACTS OF TERRORISM OR WAR, INDUSTRY-SPECIFIC RISK FACTORS (AS DETAILED IN THE DISCLOSURE STATEMENT IN THE SECTION ENTITLED "RISKS RELATING TO THE DEBTORS' BUSINESS AND FINANCIAL CONDITION") AND OTHER MARKET AND COMPETITIVE CONDITIONS.  HOLDERS OF CLAIMS ARE CAUTIONED THAT THE FORWARD-LOOKING STATEMENTS SPEAK AS OF THE DATE MADE AND ARE NOT GUARANTEES OF FUTURE PERFORMANCE.  ACTUAL RESULTS OR DEVELOPMENTS MAY DIFFER MATERIALLY FROM THE EXPECTATIONS EXPRESSED OR IMPLIED IN THE FORWARD-LOOKING STATEMENTS, AND THE DEBTORS UNDERTAKE NO OBLIGATION TO UPDATE ANY SUCH STATEMENTS.

THE FINANCIAL PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND

ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY THE DEBTORS, MAY NOT BE REALIZED AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, COMPETITIVE, INDUSTRY, REGULATORY, MARKET AND FINANCIAL UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE DEBTORS AND THE REORGANIZED DEBTORS. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE OR ARE MADE AS TO THE ACCURACY OF THE FINANCIAL PROJECTIONS OR TO THE REORGANIZED DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL BE INCORRECT. MOREOVER, EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THESE FINANCIAL PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED, OR, ALTERNATIVELY, MAY HAVE BEEN UNANTICIPATED, AND THUS THE OCCURRENCE OF THESE EVENTS MAY AFFECT FINANCIAL RESULTS IN A MATERIALLY ADVERSE OR MATERIALLY BENEFICIAL MANNER. THE DEBTORS AND REORGANIZED DEBTORS DO NOT INTEND AND DO NOT UNDERTAKE ANY OBLIGATION TO UPDATE OR OTHERWISE REVISE THE FINANCIAL PROJECTIONS TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THE DATE THESE FINANCIAL PROJECTIONS ARE INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THEREFORE, THE FINANCIAL PROJECTIONS MAY NOT BE RELIED UPON AS A GUARANTEE OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS OR INTERESTS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE FINANCIAL PROJECTIONS.

THESE FINANCIAL PROJECTIONS WERE DEVELOPED SOLELY FOR PURPOSES OF THE FORMULATION AND NEGOTIATION OF THE PLAN AND TO ENABLE THE HOLDERS OF CLAIMS AND INTERESTS ENTITLED TO VOTE UNDER THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF SECURITIES OF, OR CLAIMS OR INTERESTS IN, THE DEBTORS OR ANY OF THEIR AFFILIATES.

## General Assumptions In The Financial Projections And The Notes

The Financial Projections have been prepared on the assumption that the Effective Date is April 30, 2007. The Consolidated Financial Projections are based on, and assume, among other things, the successful reorganization of the Debtors, funding of the New Credit Facility, termination of the Pilot Plan, completion of the Debtors' fleet restructuring and implementation of the Reorganized Debtors' emergence business plan. The Comair Financial Projections are based on, and assume, among other things, the successful reorganization of the Comair Debtors, achievement of employee cost savings, completion of fleet restructuring, assumption of capacity purchase agreement between Comair, Inc. ("**Comair**") and Delta Air Lines, Inc. ("**Delta**") by each of Comair and Delta and implementation of the reorganized Comair Debtors' emergence

4

business plan. Although the Debtors presently intend to cause the Effective Date to occur as soon as practical following Confirmation of the Plan, there can be no assurance as to when the Effective Date will actually occur.  If the Effective Date is delayed, the Debtors will continue to incur reorganization costs, which may be considered significant.

The Financial Projections and the Notes do not include any assumptions about the Compensation Programs or any equity capital or debt financing transactions that the Debtors, in their sole discretion, may decide to carry out after the Effective Date. They also assume the decision of Delta and the Creditors' Committee, as is indicated elsewhere in the Disclosure Statement, to not conduct the rights offering contemplated by the New Equity Investment Rights Offering Term Sheet.

The Consolidated Financial Projections present information with respect to the consolidated Reorganized Debtors and form the basis of Blackstone estimating the valuation of consolidated Reorganized Debtors. The Comair Financial Projections present information with respect to Comair Debtors and form the basis of valuation of Comair Debtors. Blackstone estimated the valuation of the consolidated reorganized Delta Debtors by subtracting the valuation of the consolidated Comair Debtors from the valuation of the consolidated Reorganized Debtors. The valuations of the Delta Debtors and the Comair Debtors form the basis for estimating the projected recovery ranges for their respective holders of Unsecured Claims. The projected recovery ranges specified in the accompanying Valuation Analyses in Appendix B are derived from these Financial Projections and other assumptions, including an estimated $14,200 million of Unsecured Claims against the Delta Debtors and an estimated $800 million of Unsecured Claims against the Comair Debtors. The projected recoveries are based, in part, on the Debtors' current expectations regarding lease rejections and Claims arising therefrom and are consistent with the assumptions in the business plans underlying these. The projected recoveries for unsecured Creditors of the Delta Debtors do not take into account shares of New Delta Common Stock to be issued under the Compensation Programs that are to be deducted from the Delta Allocation in calculating the Delta Unsecured Allocation; the deduction of such shares will cause the projected recoveries to be lower than those specified. The actual recoveries may be different than projected recoveries based upon, among other things: (x) the market price of shares of New Delta Common Stock, (y) the dilutive or accretive effects of issuance of shares of New Delta Common Stock by Reorganized Delta from time to time (including the dilutive effects of future issuances under the Compensation Programs) and (z) the actual amount of Allowed Claims against each of Delta Debtors and Comair Debtors as the Debtors' Claims objection and reconciliation process continues.

Part A of these Financial Projections are the Consolidated Financial Projections for the consolidated Reorganized Debtors. The consolidated Reorganized Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta Loyalty Management Services, LLC; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon Trading, LLC; Kappa Capital Management, Inc.; and Song, LLC.

5

Comair Debtors are wholly owned, indirect subsidiaries of Delta. Comair Debtors operate primarily as a regional airline that provides transportation of passengers and cargo in the United States, Canada, and the Bahamas as a "Delta Connection" carrier. <u>Part B</u> of these Financial Projections are the Comair Financial Projections for the consolidated Comair Debtors. The Comair Debtors are the following entities: Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Delta AirElite Business Jets, Inc.; and Delta Connection Academy, Inc.

# PART A

# CONSOLIDATED FINANCIAL PROJECTIONS

# Projected Consolidated Statements of Operations[2]
## (unaudited)
## (in millions)

| | | Years ending December 31, | | | |
|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** |
| **Operating Revenue:** | | | | | |
| Passenger | $ 15,698 | $ 16,788 | $ 17,914 | $ 18,777 | $ 19,834 |
| Cargo | 494 | 546 | 579 | 630 | 655 |
| Other, net | 1,154 | 1,181 | 1,197 | 1,240 | 1,272 |
| **Total operating revenue** | **17,346** | **18,515** | **19,690** | **20,647** | **21,761** |
| | | | | | |
| **Operating Expenses:** | | | | | |
| Aircraft fuel | 4,344 | 4,235 | 4,413 | 4,762 | 5,131 |
| Salaries and related costs | 4,063 | 3,651 | 3,633 | 3,799 | 3,936 |
| Contract carrier arrangements | 2,689 | 3,115 | 3,262 | 3,472 | 3,683 |
| Depreciation and amortization | 1,199 | 1,127 | 1,147 | 1,244 | 1,277 |
| Contracted services | 1,041 | 1,145 | 1,081 | 1,033 | 1,001 |
| Passenger commissions and other selling expenses | 879 | 897 | 974 | 1,037 | 1,096 |
| Landing fees and other rents | 773 | 726 | 735 | 740 | 747 |
| Aircraft maintenance materials and outside repairs | 740 | 724 | 804 | 807 | 825 |
| Passenger service | 324 | 327 | 361 | 391 | 409 |
| Aircraft rent | 306 | 300 | 331 | 319 | 309 |
| Other | 695 | 677 | 641 | 627 | 605 |
| **Subtotal** | **17,053** | **16,924** | **17,382** | **18,231** | **19,019** |
| Profit sharing | - | 171 | 329 | 363 | 457 |
| **Total Operating Expenses** | **17,053** | **17,095** | **17,711** | **18,594** | **19,476** |
| | | | | | |
| **Operating Income** | **293** | **1,420** | **1,979** | **2,053** | **2,285** |
| | | | | | |
| **Other Income/(Expense):** | | | | | |
| Interest expense | (889) | (808) | (763) | (778) | (767) |
| Less: capitalized interest | 8 | 14 | 21 | 10 | 5 |
| Interest income | 175 | 190 | 234 | 301 | 376 |
| Miscellaneous income | (12) | - | - | - | - |
| **Total Other Income/(Expense)** | **(718)** | **(604)** | **(508)** | **(467)** | **(386)** |
| | | | | | |
| **(Loss) Income Before Taxes** | **(425)** | **816** | **1,471** | **1,586** | **1,899** |
| | | | | | |
| Income taxes, net | 40 | (360) | (552) | (595) | (711) |
| | | | | | |
| **Net (loss) income** | **$ (385)** | **$ 456** | **$ 919** | **$ 991** | **$ 1,188** |

Please read in conjunction with associated Notes.

---

[2] All periods exclude special and non-cash reorganization items.

# Projected Consolidated Balance Sheets
## (unaudited)
## (in millions)

| | | December 31, | | | |
|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 |
| **Current Assets** | | | | | |
| Cash, cash equivalents and short-term investments | $ 2,501 | $ 3,370 | $ 4,718 | $ 6,280 | $ 7,831 |
| Restricted cash | 1,060 | 945 | 811 | 652 | 696 |
| Accounts receivable, net | 901 | 943 | 962 | 1,006 | 1,059 |
| Expendable parts and supplies inventories, net | 190 | 190 | 190 | 190 | 190 |
| Deferred income taxes, net | 370 | 370 | 370 | 370 | 370 |
| Prepaid expenses and other | 492 | 496 | 492 | 596 | 590 |
| Total current assets | 5,514 | 6,314 | 7,543 | 9,094 | 10,736 |
| **Property and Equipment** | | | | | |
| Flight equipment (including advanced payments) | 17,926 | 18,685 | 19,684 | 21,266 | 22,190 |
| Accumulated depreciation | (6,814) | (7,648) | (8,519) | (9,484) | (10,485) |
| Flight equipment, net | 11,112 | 11,037 | 11,165 | 11,782 | 11,705 |
| Flight and ground equipment under capital leases | 467 | 500 | 500 | 500 | 500 |
| Accumulated amortization | (151) | (250) | (337) | (423) | (500) |
| Flight and ground equipment under capital leases, net | 316 | 250 | 163 | 77 | - |
| Ground property and equipment | 4,716 | 4,991 | 5,266 | 5,566 | 5,866 |
| Accumulated depreciation | (2,957) | (3,151) | (3,339) | (3,533) | (3,731) |
| Ground property and equipment, net | 1,759 | 1,840 | 1,927 | 2,033 | 2,135 |
| Total property and equipment, net | 13,187 | 13,127 | 13,255 | 13,892 | 13,840 |
| **Other Assets** | | | | | |
| Goodwill | 227 | 227 | 227 | 227 | 227 |
| Operating rights and other intangibles, net | 82 | 82 | 82 | 82 | 82 |
| Other noncurrent assets | 1,113 | 1,149 | 1,182 | 1,202 | 1,202 |
| Total other assets | 1,422 | 1,458 | 1,491 | 1,511 | 1,511 |
| **Total Assets** | **$ 20,123** | **$ 20,899** | **$ 22,289** | **$ 24,497** | **$ 26,087** |
| **Current Liabilities** | | | | | |
| Current maturities of long-term debt and capital leases | $ 1,301 | $ 716 | $ 389 | $ 1,340 | $ 1,402 |
| Accounts payable | 1,634 | 1,661 | 1,670 | 1,692 | 1,686 |
| Air traffic liability | 1,861 | 1,966 | 2,115 | 2,266 | 2,424 |
| Taxes payable | 551 | 530 | 524 | 519 | 518 |
| Accrued salaries and related benefits | 408 | 1,078 | 1,215 | 1,255 | 1,354 |
| Total current liabilities | 5,755 | 5,951 | 5,913 | 7,072 | 7,384 |
| **Noncurrent Liabilities** | | | | | |
| Long-term debt and capital leases | 6,896 | 8,124 | 8,172 | 7,654 | 7,064 |
| Postretirement benefits | - | 1,071 | 1,156 | 1,223 | 1,268 |
| Pension and related benefits | - | 2,955 | 2,900 | 2,835 | 2,771 |
| Deferred revenue and other credits | 328 | 346 | 352 | 365 | 378 |
| Other | 756 | 727 | 632 | 631 | 645 |
| Total noncurrent liabilities | 7,980 | 13,223 | 13,212 | 12,708 | 12,126 |
| Liabilities subject to compromise (STC) | 20,409 | - | - | - | - |
| Shareowners' (deficit) equity | (14,021) | 1,725 | 3,164 | 4,717 | 6,577 |
| **Total liabilities and shareowners' (deficit) equity** | **$ 20,123** | **$ 20,899** | **$ 22,289** | **$ 24,497** | **$ 26,087** |

Please read in conjunction with associated Notes.

# Projected Consolidated Statements of Cash Flows
## (unaudited)
## (in millions)

|  | Years ended December 31, | | | | |
|  | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | |
| Net (loss) income | $ (385) | $ 456 | $ 919 | $ 991 | $ 1,188 |
| Adjustments to reconcile net (loss) income to net cash provided by operating activities: | | | | | |
| Depreciation and amortization | 1,199 | 1,127 | 1,147 | 1,244 | 1,277 |
| Rental expense in excess of (less than) payments | 109 | (30) | (95) | (1) | 14 |
| Pension, postretirement, postemployment expense in excess of payment | 405 | 12 | 30 | 2 | (18) |
| Other operating cashflow | (58) | - | - | - | - |
| Changes in certain current assets and liabilities: | | | | | |
| Increase in receivables | (137) | (42) | (18) | (45) | (52) |
| Decrease (increase) in other current assets | 15 | (19) | (28) | (124) | 6 |
| Increase in air traffic liability | 149 | 105 | 149 | 151 | 158 |
| Utilization of federal NOLs | - | 360 | 520 | 562 | 672 |
| Increase in other AP and accrued expense | 135 | 166 | 135 | 60 | 92 |
| Increase in other noncurrent liability | 42 | 18 | 6 | 12 | 14 |
| Increase (decrease) in STC liabilities | 65 | (100) | - | - | - |
| Other, net | 70 | - | - | - | - |
| Net cash provided by operating activities | **1,609** | **2,053** | **2,765** | **2,852** | **3,351** |
| **Cash Flows From Investing Activities:** | | | | | |
| Flight equip add, including advances net | (233) | (758) | (999) | (1,581) | (929) |
| Ground property and equipment additions | (138) | (275) | (275) | (300) | (300) |
| Proceeds from sale of flight equipment | 34 | - | - | - | - |
| (Increase) decrease in restricted cash | (29) | 115 | 135 | 159 | (44) |
| Other investing, net | 6 | - | - | - | - |
| Net cash used in investing activities | **(360)** | **(918)** | **(1,139)** | **(1,722)** | **(1,273)** |
| **Free Cash Flow** | **1,249** | **1,135** | **1,626** | **1,130** | **2,078** |
| **Cash Flows From Financing Activities:** | | | | | |
| Payments on long-term and capital lease obligations | (595) | (2,508) | (822) | (492) | (1,440) |
| Issuance of other long-term obligations | - | 2,242 | 544 | 924 | 913 |
| Other financing, net | (5) | - | - | - | - |
| Net cash (used in) provided by financing activities | **(600)** | **(266)** | **(278)** | **432** | **(527)** |
| **Net increase in cash & cash equivalents** | **649** | **869** | **1,348** | **1,562** | **1,551** |
| **Cash & cash equivalents at beginning of period** | 1,852 | 2,501 | 3,370 | 4,718 | 6,280 |
| **Cash & cash equivalents at end of period** | **$ 2,501** | **$ 3,370** | **$ 4,718** | **$ 6,280** | **$ 7,831** |

Please read in conjunction with associated Notes.

10

**Notes to Projected Consolidated Statements of Operations**

_Overview_

The Reorganized Debtors project operating margins of 8-11% and EBITDAR margins of 16-18% in 2007 to 2010.

_Operating Revenue_

***Passenger Revenue***:   The Reorganized Debtors project passenger revenue of $15.7 billion for 2006, an increase of 7% over 2005, due to fare increases that reflect strong passenger demand and capacity reductions in the airline industry, as well as the Reorganized Debtors' strategy of restructuring its network to rebalance the mix of domestic and international flying. Over the Projection Period, Passenger revenue is forecast to increase at an average annual rate of 6%, or a total of $4.1 billion.  The increase is due to capacity growth combined with an increase in load factor and passenger mile yield, such that Passenger revenue in 2010 is projected to be $19.8 billion.  This increase includes a $3.0 billion increase in Mainline Passenger revenue and a $1.1 billion increase in Regional Affiliates Passenger revenue (through Delta Connection), the two components that comprise Passenger revenue.

The Reorganized Debtors assume that they will achieve unit revenue parity among network peers by 2008.  The Reorganized Debtors forecast consolidated PRASM of 10.58 cents for 2006, an increase of 13.5% over 2005.  In the Projection Period, consolidated PRASM is expected to increase 4% in 2007 and then at an average annual rate of 2% for 2008 to 2010, such that consolidated PRASM in 2010 is expected to be 11.74 cents.

The Reorganized Debtors project consolidated ASMs of 148 billion for 2006, a decrease of 5% over 2005.  In the Projection Period, consolidated capacity is forecast to increase at an average annual rate of 3%, or a total of 21 billion ASMs, such that consolidated capacity in 2010 is projected to be 169 billion ASMs.  During the Projection Period, mainline domestic capacity is forecast to decrease at an average annual rate of 3% and mainline international capacity is forecast to rise at an average annual rate of 13%, reflecting the Reorganized Debtors' strategy of shifting flying from domestic to international markets and the acquisition of more than 60 mainline aircraft by 2010.  Regional capacity during the Projection Period is forecast to increase at an average annual rate of 3%.

***Cargo Revenue:***   The Debtors provide freight and mail transportation using cargo space on their passenger aircraft.   Revenue forecasts are developed based on volume and yield assumptions for the freight and mail businesses.  Growth of $161 million in cargo revenues, primarily due to capacity increases, is forecast over the Projection Period.

***Other Revenue:***   This includes Reorganized Debtors' lines of businesses related to their core scheduled passenger service operation, including SkyMiles®, Crown Room Clubs, in-flight sales (liquor, entertainment and duty-free), training services and charter operations.   The Reorganized Debtors anticipate total Other revenue of $1.2 billion for 2006, an increase of 11%

over 2005. Over the Projection Period, Other revenue is projected to increase at an average annual rate of 2%, such that Other revenue in 2010 is projected to be $1.3 billion, a $118 million increase as compared to 2006. Growth forecasts for these various operations are driven by existing contractual agreements, management expectations for certain business lines and inflationary growth.

### *Operating Expenses*

*Aircraft Fuel:* Aircraft fuel is projected to be the Reorganized Debtors' largest expense. The Consolidated Financial Projections assume fuel price escalation consistent with recent experience, resulting in a cost for jet fuel of $2.00 per gallon for 2007, with 5% annual increases in the price of jet fuel for 2008-2010. To mitigate exposure to fuel price volatility, the Reorganized Debtors intend to continue their fuel hedging program using derivative fuel contracts that qualify for hedge accounting.

*Salaries and Related Costs:* Labor costs are projected to be the Reorganized Debtors' second largest expense, representing approximately 20% of annual operating expenses during the Projection Period. During the post-petition period, the Reorganized Debtors lowered employment costs by headcount reductions and salary rate and benefit cost decreases for pilot and non-pilot employees. During the Projection Period, these expenses are forecast based on anticipated operating levels, the impact of ongoing initiatives to improve productivity, the terms of the renegotiated ALPA and PAFCA contracts, and the projected wages and benefits for ground, flight attendant and management employees.

During the post-petition period, the Reorganized Debtors also restructured their post-retirement benefits under section 1114 of the Bankruptcy Code, which is estimated to reduce retiree healthcare costs by approximately $50 million annually, beginning in 2007.

Largely through the restructuring efforts, the Reorganized Debtors reduced total labor cost from $5.1 billion in 2005 to $4.1 billion in 2006. In the Projection Period, labor costs, excluding profit sharing expense, are anticipated to decline in 2007 and then begin to grow in 2008, driven by rate increases and headcount growth, partially offset by full-year savings from Pilot Plan termination and additional productivity improvements.

*Contract Carrier Arrangements:* Expenses incurred by the Reorganized Debtors for their independent regional carriers[3] include a base fee, a performance adjusted margin, and certain "pass through" expenses including fuel. The base fee is calculated based on contractual rates per various unit measures of capacity. The Debtors have competitively bid contractual agreements with certain regional carriers during the post-petition period, reducing the associated expenses, limiting expense growth, and improving operational performance. Contract Carrier

---

[3] Financial Projections reflect operations under contract carrier arrangements with SkyWest Airlines, Inc., Atlantic Southeast Airlines, Inc., Chautauqua Airlines, Inc., Shuttle America Corporation, and Freedom Airlines, Inc.

expenses are expected to increase at an average annual rate of 8%, which incorporates the projected increases in jet fuel prices and regional capacity.

*Depreciation and Amortization:*    The Consolidated Financial Projections include depreciation and amortization on a straight-line basis over the estimated useful life of the property and equipment, primarily flight equipment. Useful life generally ranges from three to 25 years depending on the fixed asset. The Consolidated Financial Projections anticipate capital expenditures between $350 million and $1.9 billion per year in order to support the Reorganized Debtors' operations.

*Contracted Services:*    Contracted services expense is primarily comprised of charges for contracted airport services such as ramp and cargo handling, as well as temporary staffing. These expenses vary with the volume of the related activities and inflation, and are projected to decrease at an average annual rate of 1% through the Projection Period.

*Passenger Commissions and Other Selling Expenses:*    Passenger commissions and other selling expenses are comprised of charges for travel agency commissions and the costs of distributing "Delta" tickets through global distribution systems. These expenses generally tend to vary with total revenue and are projected to increase at an average annual rate of 6%.

*Landing Fees and Other Rent:*    The Debtors lease various airport and non-airport facilities for which they incur rent expense and municipal bond servicing costs. The Consolidated Financial Projections reflect anticipated savings resulting from the planned restructuring of various municipal bond obligations and the Debtors' ongoing efforts to optimize their use of real estate. Landing fees are incurred as a function of arrivals/departures, aircraft weight and rates established by the various airports. The Consolidated Financial Projections anticipate a 1% average annual decrease in landing fees as a result of expected changes in rates charged by the various airports served by the Reorganized Debtors.

*Aircraft Maintenance Materials and Outside Repairs:*    The Debtors' outsourced all heavy airframe maintenance and certain engine maintenance activities in early 2006. Prior to outsourcing, labor costs were reported in Salaries and related costs. Beginning in 2006, outsourced labor costs are reflected in Aircraft maintenance materials and outside repairs. Beyond 2006, inflationary price increases and incremental maintenance requirements are expected to drive 3% average annual increases in aircraft maintenance materials and outside repairs over the Projection Period.

*Passenger Service:*    Passenger service is comprised of charges for catering and provisioning of supplies onboard the aircraft. These expenses tend to vary with the volume of flights and inflation, and are projected to increase at an average annual rate of 6%.

*Aircraft Rent:*    Aircraft rent reflects the operating expense associated with the Debtors' aircraft financed under operating leases. In addition, the Debtors operate various aircraft under debt financing and capital lease structures. Expenses related to these aircraft are reflected in depreciation and interest expense, which includes debt discount amortization, where applicable.

13

During the post-petition period, the Debtors significantly reduced their aircraft-related obligations by rejecting certain aircraft leases and certain mortgaged aircraft, and renegotiating aircraft obligations for certain retained aircraft. Many of these transactions are subject to definitive documentation and Bankruptcy Court approval.

*Other:* Other expenses are primarily comprised of communications, utilities, fuel taxes, professional fees and general supplies. In addition, expenses associated with providing services to third parties (i.e. maintenance, ground handling and training services) are included in Other expenses. These expenses tend to vary with the size of the related activities and inflation. However, as a result of the Debtors' ongoing cost control efforts, aggregate Other expenses are forecast to decrease at an average annual rate of 4% during the Projection Period.

*Profit Sharing:* The Consolidated Financial Projections include profit-sharing for employees, based on 15% of pre-tax profits up to $1.5 billion and 20% over $1.5 billion, ranging from $200 million to $450 million in 2007 to 2010.

*Income Taxes:* The Reorganized Debtors assume a statutory tax rate of approximately 38% throughout the Projection Period. The Reorganized Debtors expect to utilize federal NOLs, subject to statutory limitations, to offset substantially all of the Reorganized Debtors' anticipated federal taxable income during the Projection Period. The utilization of federal NOLs will significantly reduce the Debtors' cash burden with respect to the payment of income taxes. Application of alternative minimum tax requirements results in minor cash tax payments during the Projection Period.

## Notes to Projected Consolidated Balance Sheets

*Capital Structure:* The Reorganized Debtors' capital structure is assumed to be as follows:

(a)     *New Credit Facility*: On or after the Effective Date, Reorganized Delta and certain of the Reorganized Subsidiary Debtors will enter into the New Credit Facility, which is expected to consist of revolving credit, letter of credit and term loan credit facilities. Reorganized Delta will use the New Credit Facility to repay the DIP Facility Claims and the Amex Post-Petition Facility Claims, to make other payments required under the Plan and to fund the post-reorganization operations of the Reorganized Debtors. The DIP Facility consists of a $600 million Term Loan A arranged by GECC, a $700 million Term Loan B arranged by GECC and a $600 million Term Loan C arranged jointly by GECC and Morgan Stanley. The estimated outstanding balance as of the Effective Date is $1.9 billion. The Amex Post-Petition Facility consists of substantially identical supplements to the two existing agreements under the SkyMiles Agreements for $350 million. The estimated outstanding balance as of the Effective Date is $94 million. The terms of the New Credit Facility will be set forth in a Plan Supplement.

(b)    *Other Secured Debt*:  Secured notes payable to GECC that are secured by spare engines, spare parts and aircraft, respectively, are expected to remain outstanding. An irrevocable, direct pay letter of credit issued by GECC backing outstanding principal amounts of certain municipal bonds are also expected to remain in place. As a result, the Reorganized Debtors will continue to be obligated pursuant to a reimbursement agreement to reimburse GE for drawings under these letters of credit, and these reimbursement obligations are also secured by aircraft and other collateral.

(c)    *New Delta Debt Securities*:  Pursuant to the Plan, the Reorganized Debtors anticipate issuing $875 million of new unsecured notes in satisfying claims negotiated with ALPA and the PBGC.

Debt securities to be issued to ALPA are $650 million Senior Unsecured Notes ("**ALPA Notes**"), which will be issued no later than 120 days following the Effective Date.  Upon issuance, an interest rate shall be determined to ensure that the ALPA Notes trade at par. The ALPA Notes are prepayable without penalty at any time with cash prior to their issuance. The terms provide for no amortization payments during the Projection Period.

Debt securities to be issued pursuant to the PBGC Settlement Agreement are $225 million of Senior Unsecured Notes ("**PBGC Notes**").  The PBGC Notes are to be issued on the Effective Date or as soon as reasonably practical thereafter, but in no event more than seven business days after emergence.  Upon issuance, an interest rate shall be determined to ensure that the PBGC Notes trade at par. The PBGC Notes are prepayable without penalty at any time with cash prior to their issuance and the Reorganized Debtors are required to do so on a pro rata basis to the extent that cash replaces all or a portion of the ALPA Notes.  The terms provide for no amortization payments during the Projection Period.

(d)    *New Delta Common Stock*:  For purposes of the Consolidated Financial Projections, no value has been ascribed to the common equity of the Reorganized Debtors. To the extent the Debtors engage in any equity capital transactions, the proceeds would be incremental to any value ultimately ascribed to common equity.

## Notes to Projected Consolidated Statements of Cash Flows

During the Projection Period, the Reorganized Debtors project their business operations to generate significant cash flow to support overall debt levels and reinvest in the business. During the Projection Period, the Reorganized Debtors business plan projects free cash flow in excess of $7 billion, provides for approximately $6 billion of required capital investment, and maintains unrestricted liquidity in excess of $2 billion at all times.

***Cash Flow From Operating Activities:***  The Reorganized Debtors project they will generate positive cash flow from operations throughout the Projection Period.  Cash flow from operating activities is projected to increase from an estimated $1.6 billion cash inflow in 2006 to $3.4 billion cash inflow by 2010, for aggregate cash produced from operating activities during the Projection Period of $12.6 billion.  Improved cash flow is a result of, among other things, the projected growth in revenue throughout the Projection Period, coupled with reductions in salaries and related costs, reductions in aircraft rents, concessions from vendors and various other cost reduction initiatives implemented during the Chapter 11 cases.

***Cash Flow From Investing Activities:***  Net cash flow from investing activities is projected to use cash totaling $5.4 billion over the Projection Period.  This reflects non-aircraft capital expenditures of between $600 million and $650 million per year in 2007 to 2010 to sustain existing infrastructure and support growth, and $3.3 billion in aircraft capital expenditures.

***Cash Flow From Financing Activities:***  The Consolidated Financial Projections anticipate the use of $1.2 billion during the Projection Period to meet required principal payments related to Aircraft Debt.

# PART B

# COMAIR FINANCIAL PROJECTIONS

# Projected Comair Statements of Income[4]
## (unaudited)
## (in millions)

|  | Years ending December 31, | | | | |
|  | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **Operating Revenue:** | | | | | |
| Passenger | $ 1,248 | $ 1,150 | $ 1,231 | $ 1,315 | $ 1,308 |
| Other, net | 29 | 30 | 30 | 30 | 30 |
| **Total operating revenue** | 1,277 | 1,180 | 1,261 | 1,345 | 1,338 |
| | | | | | |
| **Operating Expenses:** | | | | | |
| Aircraft fuel | 361 | 280 | 312 | 349 | 353 |
| Salaries and related costs | 347 | 306 | 325 | 334 | 335 |
| Depreciation and amortization | 83 | 47 | 49 | 53 | 55 |
| Contracted services | 49 | 39 | 48 | 50 | 49 |
| Landing fees and other rents | 79 | 69 | 73 | 77 | 78 |
| Aircraft maintenance materials and outside repairs | 122 | 155 | 148 | 139 | 129 |
| Aircraft rent | 108 | 132 | 147 | 180 | 176 |
| Other | 68 | 79 | 85 | 89 | 89 |
| **Total Operating Expenses** | 1,217 | 1,107 | 1,187 | 1,271 | 1,264 |
| | | | | | |
| **Operating Income** | 60 | 73 | 74 | 74 | 74 |
| | | | | | |
| **Other Income/(Expense):** | | | | | |
| Interest expense | (66) | (36) | (27) | (25) | (23) |
| Interest income | 42 | 16 | 6 | 8 | 10 |
| **Total Other Income/(Expense)** | (24) | (20) | (21) | (17) | (13) |
| | | | | | |
| **Income Before Taxes** | 36 | 53 | 53 | 57 | 61 |
| | | | | | |
| Income taxes, net | (14) | (20) | (20) | (22) | (23) |
| | | | | | |
| **Net income** | $ 22 | $ 33 | $ 33 | $ 35 | $ 38 |

Please read in conjunction with associated Notes.

---

[4] All periods exclude special and non-cash reorganization items.

# Projected Comair Balance Sheets
## (unaudited)
## (in millions)

| | December 31, | | | | |
|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** |
| **Current Assets:** | | | | | |
| Cash, cash equivalents and short-term investments | $ 175 | $ 221 | $ 280 | $ 347 | $ 433 |
| Accounts receivable, net | 69 | 69 | 69 | 69 | 69 |
| Notes receivable - Delta | 538 | - | - | - | - |
| Prepaid expenses and other | 164 | 164 | 164 | 164 | 164 |
| Total current assets | 946 | 454 | 513 | 580 | 666 |
| Property and equipment | 1,240 | 1,208 | 1,185 | 1,161 | 1,122 |
| Other noncurrent assets | 12 | 12 | 12 | 12 | 12 |
| Notes receivable - Delta | 171 | 145 | 145 | 145 | 145 |
| Total Assets | $ 2,369 | $ 1,819 | $ 1,855 | $ 1,898 | $ 1,945 |
| **Current Liabilities:** | | | | | |
| Current maturities of long-term debt | $ 31 | $ 28 | $ 30 | $ 31 | $ 32 |
| Accounts payable and accrued expenses | 156 | 153 | 152 | 153 | 153 |
| Total current liabilities | 187 | 181 | 182 | 184 | 185 |
| **Noncurrent Liabilities:** | | | | | |
| Long-term debt | 463 | 435 | 405 | 374 | 342 |
| Other noncurrent liabilities | 179 | 176 | 188 | 203 | 220 |
| Total noncurrent liabilities | 642 | 611 | 593 | 577 | 562 |
| Liabilities subject to compromise | 914 | - | - | - | - |
| Shareowners' equity | 626 | 1,027 | 1,080 | 1,137 | 1,198 |
| **Total liabilities and shareowners' equity** | $ 2,369 | $ 1,819 | $ 1,855 | $ 1,898 | $ 1,945 |

Please read in conjunction with associated Notes.

19

# Projected Comair Statements of Cash Flows
## (unaudited)
## (in millions)

| | | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| | | | | Years ended December 31, | | |
| **Cash Flows From Operating Activities:** | | | | | | |
| Net income | $ | 22 | $ 33 | $ 33 | $ 35 | $ 38 |
| Adjustments to reconcile net (loss) income | | | | | | |
| Depreciation and amortization | | 83 | 47 | 49 | 53 | 55 |
| Rental expense in excess of (less than) payments | | 59 | (2) | 13 | 13 | 20 |
| Other operating adjustments | | (18) | - | - | - | - |
| Changes in current assets and liabilities | | (78) | 15 | 18 | 24 | 20 |
| Net cash provided by operating activities | | 68 | 93 | 113 | 125 | 133 |
| **Cash Flows From Investing Activities:** | | | | | | |
| Flight equip add, including advances net | | (10) | (9) | (19) | (21) | (9) |
| Ground property and equipment additions | | (7) | (7) | (7) | (7) | (7) |
| Other investing, net | | 17 | - | - | - | - |
| Net cash used in investing activities | | - | (16) | (26) | (28) | (16) |
| **Free Cash Flow** | | 68 | 77 | 87 | 97 | 117 |
| **Cash Flows From Financing Activities:** | | | | | | |
| Payments on long-term debt and capital lease obligations | | (18) | (31) | (28) | (30) | (31) |
| **Net increase in cash & cash equivalents** | | 50 | 46 | 59 | 67 | 86 |
| **Cash & cash equivalents at beginning of period** | | 125 | 175 | 221 | 280 | 347 |
| **Cash & cash equivalents at end of period** | $ | 175 | $ 221 | $ 280 | $ 347 | $ 433 |

Please read in conjunction with associated Notes.

## Notes to Projected Comair Statements of Operations

### *Operating Revenue*

**Revenue**:  The Comair Debtor's revenue primarily consists of a capacity purchase agreement between Comair and Delta. Under the capacity purchase agreement, Delta retains control and responsibility for all of Comair's scheduling, ticket pricing and seat inventories and are entitled to all revenue, including ticket, charter, cargo and mail revenue, associated with the operation of Comair's aircraft.  Comair is responsible for operation of the aircraft and is compensated by Delta based on a market-based negotiated "block hour" rate multiplied by the actual block hours flown plus a mark-up, up to 7%, if certain operational performance goals are achieved, subject to certain adjustments and limitations.  A 5% mark-up is assumed over the Projected Period.

The Comair Financial Projections assume revenue decreases of 8% from $1.3 billion in 2006 to $1.2 billion in 2007 due to a reduction in capacity primarily related to the rejection of certain leased aircraft associated with Comair Debtors' Chapter 11 proceedings and the leasing of certain aircraft from Comair to SkyWest, Inc. Subsequent to 2007, it is assumed that revenue will increase in 2008 and 2009 due to capacity increases associated with new aircraft to ratably enter into service in 2008 through 2009.

### *Operating Expenses*

**Aircraft Fuel:**  Comair Debtors typically pay 6¢ to 7¢ per gallon higher than Delta for aircraft fuel due to regional pricing differences. A fuel price escalation is assumed over the Projection Period consistent with recent experience resulting in a cost of $2.06 per gallon in 2007, with 5% annual increases for 2008 to 2010.

**Salaries and Related Costs:**  The Comair Financial Projections include savings based on recent agreements with the International Brotherhood of Teamsters and the International Association of Machinist and Aerospace Workers, which represent the flight attendants and mechanic work groups, respectively.  Additionally, included in the Financial Projections are assumptions related to pilot labor cost reductions, either pursuant to an agreement to be reached with ALPA, or pursuant to changes implemented as authorized by the Bankruptcy Court's order granting Comair's motion under section 1113 of the Bankruptcy Code to reject the existing Comair-ALPA Agreement. Comair's ability to operate in an efficient and cost-effective manner and to continue to operate as a Delta Connection carrier (including the increased number of flights upon which the projected capacity growth described above is predicated) are critically dependent upon its employee costs being competitive.

**Depreciation and Amortization:**  Depreciation and amortization is recorded based on a straight-line basis over the estimated useful life of the property and equipment, primarily flight equipment.  Useful lives range from two to 20 years depending on the fixed asset. The Comair Financial Projections anticipate capital expenditures between $16 million and $28 million annually in order to support operations.

*Contracted Services:*  Contracted services expense is primarily comprised of charges for contracted airport services such as ramp and cargo handling, as well as temporary staffing. These expenses vary with the volume of the related activities, the locations where the Comair Debtors operate, and are projected to decrease from 2006 to 2007 and increase from 2007 to 2010.

*Landing Fees and Other Rent:*  Landing fees are incurred as a function of arrivals/departures, aircraft weight and rates established by the various airports.  The Comair Financial Projections anticipate a reduction in landing fees from 2006 to 2007 and increases from 2007 to 2010 related to capacity changes.

*Aircraft Maintenance Materials and Outside Repairs:*  Aircraft maintenance expense is primarily driven by the timing of scheduled airframe and engine maintenance activities.  All significant engine maintenance work is outsourced to Delta.  The decrease in maintenance cost from 2007 to 2010 is driven by the timing of scheduled maintenance activities, the return of older aircraft at lease expiration and the acquisition of new aircraft.

*Aircraft Rent:*  Aircraft rent reflects the operating expense associated with the Comair Debtors' aircraft financed under operating leases.  During the Chapter 11 proceedings, aircraft-related obligations were reduced by rejecting certain aircraft leases and certain mortgaged aircraft, and renegotiating aircraft obligations for certain retained aircraft.  Negotiations are still ongoing for certain aircraft.  As part of these negotiations, it is anticipated that some of the mortgaged aircraft will be converted to leased aircraft.  Therefore, aircraft rent is projected to increase offset by a related reduction in depreciation and interest expense. Additionally, aircraft rent is anticipated to increase due to the lease of new aircraft, partially offset by the return of certain aircraft as their leases expire from 2008 to 2010.   Many of these transactions are subject to definitive documentation and Bankruptcy Court approval.

*Income Taxes:*  The Comair Debtors assume a statutory tax rate of approximately 38% throughout the Projection Period.  The reorganized Comair Debtors expect to utilize federal NOLs, subject to statutory limitations, to offset all of the reorganized Comair Debtors' anticipated federal taxable income during the Projection Period.  The utilization of federal NOLs will significantly reduce the reorganized Comair Debtors' cash burden with respect to the payment of income taxes.  Application of alternative minimum tax requirements results in minor cash tax payments during the Projection Period.

## Notes to Projected Comair Balance Sheets

*Notes receivable - Delta:*  The Comair Debtors project that approximately $564 million of unsecured amounts due from Delta will not be ascribed any value as of the Effective Date. These amounts consist of $538 million classified in current assets and $26 million classified in noncurrent assets.

For purposes of determining estimated equity value available for distribution to unsecured creditors of the Comair Debtors, full value was ascribed to these notes receivable and

a distribution in satisfaction of such amounts recognized, based upon the midpoint of the Delta Debtors' estimated recovery percentage. See Table 1 to Appendix B for additional information on the valuation analysis of the Comair Debtors.

***Long-term debt:*** Long term debt reflects aircraft-secured financing facilities with maturities through 2020 and at interest rates ranging from 5.7% to 8.8% at the Effective Date.

## Notes to Projected Comair Statements of Cash Flows

During the Projection Period, Comair Debtors project business operations to generate significant cash flow to support operations and reinvest in the business. During the Projection Period, free cash flow is projected to be in excess of $400 million, which will provide for approximately $86 million of required capital investment and maintain unrestricted liquidity in excess of $200 million through the Projection Period subsequent to 2006.

***Cash Flow From Operating Activities:*** During the Projection Period, it is estimated that Comair Debtors will generate positive cash flow from operations. Cash flow from operating activities is projected to increase from an estimated $68 million cash inflow in 2006 to $133 million cash inflow by 2010 for aggregate cash produced from operating activities during the Projection Period in excess of $500 million. Improved cash flow is a result of, among other things, the projected growth in revenue from 2008 to 2010 coupled with cost reduction initiatives implemented during the Chapter 11 proceedings.

***Cash Flow From Investing Activities:*** Net cash flow from investing activities is projected to use cash totaling $86 million over the Projection Period. This reflects capital expenditures of between $16 million and $28 million annually from 2007 to 2010 to sustain existing infrastructure and support growth.

***Cash Flow From Financing Activities:*** The Comair Financial Projections anticipate the use of $138 million during the Projection Period to meet required principal payments related to aircraft debt.