**LOWENSTEIN SANDLER, PC**
Michael S. Etkin, (ME 0570)
Ira M. Levee (IL 9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
       and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Counsel for Appellant, Dennis Smith, on Behalf of Himself, the
Delta Family-Care Savings Plan and a Class of All Others Similarly Situated*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELTA AIR LINES, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-17923 (CGM)<br><br>(Jointly Administered) |

### APPELLANT'S DESIGNATION OF
### ITEMS TO BE INCLUDED IN RECORD AND
### STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Pursuant to Fed.R.Bankr.P. 8006, Appellant, Dennis Smith, on behalf of himself, the Delta Family-Care Savings Plan and a class of all others similarly situated ("Dennis Smith" or "Appellant"), hereby designates the following items for inclusion in the record and states the following issues to be presented on this appeal:

A. *Items To Be Included In Record On Appeal*[1]

| Document No. | Filing Date | Bankruptcy Doc. No. | Document Description |
|---|---|---|---|
| 1 | 1/31/2007 | 4387 | Debtors' Twelfth Omnibus Objection to the Allowance of Certain Claims: (A) Claims Subject to Subordination Pursuant to Section 510(b), (B) Equity Claims, (C) Redundant Noteholder Claims and (D) Contingent and/or Unliquidated Claims |
| 2 | 2/28/2007 | 4799 | Order Pursuant to Debtors' Twelfth Omnibus Objection to the Allowance of Certain Claims: (A) Claims Subject to Subordination Pursuant to Section 510(b), (B) Equity Claims, (C) Redundant Noteholder Claims and (D) Contingent and/or Unliquidated Claims |
| 3 | 4/25/2007 | 5998 | Order Confirming Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 4 | 8/17/2009 | 7383 | Motion of Reorganized Debtors to Subordinate the Dennis Smith Claim Pursuant to Section 510(b) of the Bankruptcy Code |
| 5 | 9/11/2009 | 7400 | Objection of Dennis Smith to Motion of Reorganized Debtors to Subordinate the Dennis Smith Claim Pursuant to 11 U.S.C. § 510(b) |
| 6 | 9/18/2009 | 7412 | Reply of Reorganized Debtors to Objection of Dennis Smith to Motion to Subordinate the Dennis Smith Claim Pursuant to 11 U.S.C. § 510(b) (Proof of Claim No. 6815) |
| 7 | 10/19/2009 | 7443 | Memorandum Decision on Motion of Reorganized Debtors to Subordinate Proof of Claim No. 6815 Pursuant to 11 U.S.C. § 510(b) |
| 8 | 10/27/2009 | 7454 | Order Subordinating the Dennis Smith Claim Pursuant to 11 U.S.C. § 510(b) |
| 9 | 11/6/2009 | 7469 | Notice of Appeal |
| 10 | 11/6/2009 | 7470 | Election to Have Appeal Heard by District Court |
| 11 | Not filed | -- | Transcript of September 22, 2009 Hearing before the Honorable Cecelia G. Morris, U.S.B.J. (to be filed by Court Reporter) |

B. *Statement Of Issues To Be Presented On Appeal*

1. Whether, under the facts of this matter, the Bankruptcy Court erred in finding that Proof of Claim No. 6815 (i) should be subordinated under 11 U.S.C. § 510(b) and (ii) should be classified as a Class 8 Claim under the Debtors' confirmed Plan of Reorganization.

---

[1] All Items (documents) listed include any and all exhibits filed therewith.

DATED: November 16, 2009 Respectfully submitted,

/s/ Michael S. Etkin
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL 9958)
**LOWENSTEIN SANDLER, PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Appellant, Dennis Smith*