# Exhibit D-1

**, Mike**

**From:** Colman, Bob
**Sent:** Wednesday, April 28, 2004 12:23 PM
**To:** Keen, Mike; Klemperer, Les
**Cc:** Riggs, Greg; Day, AnnaMarie
**Subject:** FW:

**Importance:** High

 

Michele          Michele
rnsPositive Space TirnsPositive Space Ti

Mike / Les,                                    THIS IS ALL VERY CONFIDENTIAL.

Michele wrote the first draft of this letter (attached above) and sent it to Bob.  I made
some edits based on some language we have used in recent severance agreements (regarding
PS travel for pleasure travel only).  My version is also attached above:  Michele
BurnsPositive Space Travel 27Apr04.doc.  We probably need to add the language about
dependent travel until age 19 unless they are a full time student....then it ends when
they are no longer a full time student or on their 23rd birthday, whichever comes first
(my words, not the legal language). Please review and let me know what changes need to be
made.

Thanks,
Anna Marie for Bob C.

THIS IS ALL VERY CONFIDENTIAL.

-----Original Message-----
From: Michele Burns [mailto:burnsm@bellsouth.net]
Sent: Tuesday, April 27, 2004 3:26 PM
To: Colman, Bob
Subject:


As discussed.

1