# EXHIBIT "B"

Morningstar® Document Research℠

# FORM 8-K

## DELTA AIR LINES INC /DE/ - DAL

**Filed: April 16, 2004 (period: April 15, 2004)**

Report of unscheduled material events or corporate changes.

# Table of Contents

8-K - DELTA AIR LINES, INC.

ITEM 5.   OTHER EVENTS AND REGULATION FD DISCLOSURE

ITEM 7.   FINANCIAL STATEMENTS AND EXHIBITS

SIGNATURE
EXHIBIT INDEX
EX-99.1 (PRESS RELEASE)

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): April 15, 2004

DELTA AIR LINES, INC.
--------------------------------------------------------------------------------
(Exact name of registrant as specified in its charter)

| Delaware | 1-5424 | 58-0218548 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

P.O. Box 20706, Atlanta, Georgia 30320-6001
-----------------------------------------
(Address of principal executive offices)

Registrant's telephone number, including area code: (404) 715-2600

Registrant's Web site address: www.delta.com

Not Applicable
--------------
(Former name or former address, if changed since last report)

Source: DELTA AIR LINES INC /DE/, 8-K, April 16, 2004

ITEM 5.    OTHER EVENTS AND REGULATION FD DISCLOSURE

On April 15, 2004, Delta Air Lines, Inc. ("Delta") issued a press release announcing that M. Michele Burns, executive vice president and chief financial officer, has decided to leave Delta effective April 30, 2004. The press release is attached hereto as Exhibit 99.1.

ITEM 7.    FINANCIAL STATEMENTS AND EXHIBITS

(c)    EXHIBITS

    Exhibit 99.1        Press Release dated April 15, 2004, titled "M. Michele Burns, Delta Executive Vice President and Chief Financial Officer, to Join Mirant Corporation."

Source: DELTA AIR LINES INC /DE/, 8-K, April 16, 2004

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

DELTA AIR LINES, INC.

BY: /s/ Leslie P. Klemperer
----------------------------------------
Leslie P. Klemperer
Vice President – Deputy General Counsel
and Secretary


Date:    April 16, 2004

Source: DELTA AIR LINES INC /DE/, 8-K, April 16, 2004

EXHIBIT INDEX

| Exhibit Number | Description |
|---|---|
| Exhibit 99.1 | Press Release dated April 15, 2004, titled "M. Michele Burns, Delta Executive Vice President and Chief Financial Officer, to Join Mirant Corporation". |

Exhibit 99.1

FOR IMMEDIATE DISTRIBUTION

CONTACT: Corporate Communications
404-715-2554

## M. MICHELE BURNS, DELTA EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL OFFICER, TO JOIN MIRANT CORPORATION

ATLANTA, April 15, 2004 -- Delta Air Lines (NYSE: DAL) said today that M. Michele Burns, executive vice president and chief financial officer, has decided to leave Delta, effective April 30. She will join Mirant Corporation of Atlanta as executive vice president and chief financial officer, and lead the company's financial restructuring.

Gerald Grinstein, Delta chief executive officer, said he will announce a replacement for Burns soon. Burns will remain Delta's chief financial officer through the end of April.

Grinstein said: "Michele Burns has been an important part of Delta's leadership since she joined the company in 1999, both in her role as chief financial officer and as a senior corporate executive. After the tragedy of September 11, 2001, Michele built a financial structure that gave the company the stability to address the on-going task of regaining sustained profitability. Everyone at Delta appreciates what she has done for our company and wishes her well in her new role."

"Working at Delta has been a wonderful, rewarding time and I will miss the Delta people," said Burns. "Leaving is very difficult, but I made the decision that the time is right to take on a new opportunity. I am confident that Delta will work through its challenges and regain its position at the top of the commercial aviation industry."

Delta Air Lines is proud to celebrate its 75th anniversary in 2004. Delta is the world's second largest airline in terms of passengers carried and the leading U.S. carrier across the Atlantic, offering daily flights to 491 destinations in 84 countries on Delta, Song, Delta Shuttle, the Delta Connection carriers and its worldwide partners. Delta's marketing alliances allow customers to earn and redeem frequent flier miles on more than 14,000 flights offered by SkyTeam, Northwest Airlines, Continental Airlines and other partners. Delta is a founding member of SkyTeam, a global airline alliance that provides customers with extensive worldwide destinations, flights and services. For more information, please visit delta.com.

# # #

0404/123CNS
MMBCONFIDENTIAL

Created by Morningstar Document Research    documentresearch.morningstar.com

Source: DELTA AIR LINES INC /DE/, 8-K, April 16, 2004

# ▲ Delta Retiree Connection

**Links Of Interest**

**Retiree Connection Home**
- Delta Pioneers
- [illegible]
- DeltaNet Access
- AARP
- Archives
- Contact Us

### Burns Joins Mirant Corporation 04/15/04

Michele Burns, executive v.p. and chief financial officer, has decided to leave Delta, effective April 30. She will join Mirant Corporation of Atlanta as executive v.p. and chief financial officer, and lead the company's financial restructuring. Gerald Grinstein, CEO, said he will announce a replacement for Burns soon. Burns will remain Delta's CFO through the end of April.

"Michele Burns has been an important part of Delta's leadership since she joined the company in 1999, both in her role as chief financial officer and as a senior corporate executive," said Grinstein. "After the tragedy of September 11, 2001, Michele built a financial structure that gave the company the stability to address the on-going task of regaining sustained profitability. Everyone at Delta appreciates what she has done for our company and wishes her well in her new role."

Burns said, "Working at Delta has been a wonderful, rewarding time and I will miss the Delta people. Leaving is very difficult, but I made the decision that the time is right to take on a new opportunity. I am confident that Delta will work through its challenges and regain its position at the top of the commercial aviation industry."

Site Owner: Corporate Communications
Last Modified: April 01, 2005
© 2001 Delta Air Lines, Inc. / Delta Technology, Inc.
All rights reserved.

Best when viewed with Microsoft Internet Explorer 4.0 or higher